# EXHIBIT B

**Patent Claims Analysis**
**of**
**US7286929: "Method and system to control movable entities"**

**against**
**Parking Guidance Systems**

# US7286929B2

United States

Inventor Houston Staton, James Ashley, Sr., James Ashley, Jr., Frank Mooney, Patrick Mooney, Edward Lang, Charles Maggs, German Santos

Current Assignee Wirelesswerx Ip LLC

Worldwide applications

2005 ~~US~~ ~~US~~ US CN ~~CN~~ ~~CN~~ 2007 ~~US~~ US 2011~~US~~ ~~JP~~ 2013 ~~JP~~ 2014 ~~US~~ 2016 ~~US~~

| | | | |
|---|---|---|---|
| 11/105,931 | Claims priority from a provisional application | 60/625,467 | 11/05/2004 |

Total Patent Term Adjustments

arrow_upward

220 days

## Claims

9. A method to identify a geographical area for regulating an entity, comprising:

> allowing a user to identify a geometrical area in a computer map, the geometrical area using two coordinate attributes;
>
> dividing the identified geometrical area into a grid, allowing a user to select at least one section from within the grid in order to define a geographical area;
>
> associating the at least one section to a pixel in a pixilated computer image such that the pixels selected by the user in the identified geometrical area are identified as being in the geographical area; and
>
> loading the pixilated computer image to a memory in a transponder.

10. The method of claim 9, further comprising regulating the entity by performing an action that comprises at least one of monitoring, controlling and visualizing the movement the entity.

11. The method of claim 9, further comprising regulating the entity by performing an action that comprises at least one of monitoring, controlling and visualizing the non-movement the entity.

12. The method of claim 9, further comprising regulating the entity by performing an action that comprises at least one of monitoring, controlling and visualizing the position the entity.

19. The method of claim 9, wherein shape of the geographical area is the shape of a non-geometrical shape.

22. The method of claim 9, wherein said movable entity is controlled and monitored depending on the location of the movable entity relative to said geographical area.

| Row | Claim Element | Contention |
|---|---|---|
| 9.0 | A method to identify a geographical area for regulating an entity, comprising | *Parking Guidance Systems performs a method to identify a geographical area for regulating an entity.*<br><br>*Parking Guidance System provides the ParkZen mobile application, which is installed on a user's smartphone associated with a user operating a vehicle ("entity"). The smartphone wirelessly exchanges parking-related information with the ParkZen server/API servers to manage the parking activities of the vehicle at various locations, including colleges, shopping malls, large retailers, mobility/transportation providers, sports venues, and other participating facilities.*<br><br>*Upon installation, the ParkZen application requests the smartphone's Location Permission, so that it continuously determines the smartphone's location, forming a geographical region.*<br><br>*While the user is driving, the ParkZen application continuously monitors the smartphone's Bluetooth connection with the user's vehicle together with the smartphone's motion and activity data to detect parking events, such as when the user parks or vacates a parking lot. Upon detecting a parking event, the smartphone wirelessly transmits the parking availability information to the ParkZen server/API, where parking information received from multiple drivers is aggregated to determine parking availability within the geographical region ("regulating an entity").*<br><br>*As the smartphone is located within the pre-defined geographical region, the ParkZen server/API evaluate parking availability corresponding to the smartphone's current location ("identify a geographical area for regulating an entity"). When a recently opened parking lot is identified nearby, the ParkZen server/API wirelessly transmits a push notification (e.g., "Open spots nearby") to the ParkZen application installed on the smartphone, enabling the user to identify and navigate to the available parking lot.*<br><br>*Specification ('929 Patent, col. 6:18–27), "A transponder can be mounted, attached, manufactured, or otherwise included upon/in various articles or entities. Such articles or entities may include vehicles, aircraft, cargo, persons, animals, or any other item where tracking its movement and/or location is beneficial. Within the context of the tracking system, the transponder works to collect, process, and communicate information about the article or entity to which the transponder is attached. Furthermore, when requested, the transponder can issue various commands and instructions to the local article or entity."*<br><br> <br><https://parkingguidancesystems.com/> 2026<br>Parking Guidance Systems, LLC (PGS), the U.S. leader in custom parking technologies, has announced a strategic merger with INDECT Electronics & Distribution GmbH (INDECT) and ParkZen. As the lead company in the merger, PGS is expanding beyond its U.S. base to deliver comprehensive parking solutions internationally. The combined business brings together INDECT's world-class hardware, ParkZen's agile software, and PGS's proven execution in large-scale deployments, establishing the industry's most complete parking technology company. |

<https://parkingguidancesystems.com/parking-guidance-systems-indect-parkzen-merger/> 2026

The portfolio of PGS solutions is also elevated by its recent acquisition of ParkZen, a parking intelligence software development company based in Baton Rouge, Louisiana. ParkZen's pioneering smartphone app leverages crowdsourcing and proprietary algorithms to deliver real-time data and parking software intelligence that empowers parking operators to make better decisions for their operations and to provide parkers with real-time availability – with or without hardware. The platform also streamlines payment processing and offers advanced permission management tools for owners and permit holders, creating a frictionless and powerful offering. Prior to the acquisition, PGS had partnered with ParkZen on a number of projects in the United States, including user wayfinding apps as well as lot management software.

<https://parkingguidancesystems.com/parking-guidance-systems-indect-parkzen-merger/> 2026

PGS works with developers to create apps that integrate specifically with each client's parking system to offer features that put the power of easy parking in customers' hands.

- App is compatible with iPhone and Android technology
- Remote kiosks near parking entrance make app functions available to customers without smartphones
- Notify customers of available parking before they arrive

<https://parkingguidancesystems.com/> 2026

**ParkZen: Find, Park, Go!**

ParkZen

3.4★ 1K+

Install Share

This app is available for your device

<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026

By tapping into the power of your user-base you can help your customers or employees find parking more efficiently, save time and offer a better overall user-experience while increasing your user engagement. Furthermore, your business will be provided with smart/AI parking analytics that can help you optimize your daily operations and prepare for future events by gaining profit-enhancing insights on your parking dynamics without the need to install expensive hardware.

Examples of entities with existing smartphone apps that can benefit from our parking intelligence include colleges, shopping malls, large retailers, mobility/transportation providers, sports venues and more!

<https://www.parkzenapp.com/features> 2026

| | | |
|---|---|---|
| | | <br>ParkZen has joined Parking Guidance Systems (PGS), uniting advanced mobile parking intelligence with leading hardware and software innovations. Read the full announcement on the PGS site.<br>**Hardware-Free Parking Intelligence**<br>**We are on a mission to offer the most innovative parking solution**<br>Help your community locate available parking in real-time and optimize your daily parking operations without the need to install and maintain any hardware.<br>Tap into the power of your existing organization's smartphone app user-base with a simple ParkZen API integration or by promoting the standalone ParkZen iOS and Android apps to your community and gain access to our proprietary smart crowdsourcing technology for parking guidance.<br>Real-time parking availability is provided for all parking lots and garages located within your premises and can work as a supplement to any of your existing systems.<br>Start with a completely free trial period and continue with minimal usage costs onward.<br>With ParkZen, you can transform day-to-day parking into a community engagement tool and get direct feedback from your user-base.<br><https://www.parkzenapp.com/> 2026<br><br><br><https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026 |

<table>
<tr>
<td></td>
<td></td>
<td>


<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026


<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026
</td>
</tr>
</table>




# Multiple Garage Guidance

For busy areas where multiple destinations are close together, our mobile app shows and leads drivers to the garage entry closest to their destination.

Easy to use and accommodates all hand-held devices, making our app the right choice for everyone.

< https://parkingguidancesystems.com/my-product/mobile-application/ > 2026

| | | |
|---|---|---|
| | |   <https://www.youtube.com/watch?v=F65KNGME8MY, at 0:07><br><br>  <https://www.youtube.com/watch?v=F65KNGME8MY, at 0:14> |




<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:18>




<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:23>

**Entity having a transponder**

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

<https://www.parkzenapp.com/faq> 2026

## How accurate are the parking lot occupancies reported by ParkZen?

ParkZen uses statistical methods and machine learning to calculate parking lot occupancies based on the number of ParkZen users that historically park in a serviced parking facility. As such, the higher the number of users parked, the more accurate the occupancy estimates. Our testing has shown that parking lot occupancies can be estimated within a 4-8% accuracy for lots where about a third of the parking spots are utilized by our users, which is great considering that we offer this information for all lots and garages within our clients premises where the installation of hardware-based systems would be too expensive and impractical.

<https://www.parkzenapp.com/faq> 2026>

**Wirelessly manage an Entity having a transponder**

<table>
<tr>
<td></td>
<td></td>
<td>


<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:40>



<https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf, page 1>
</td>
</tr>
<tr>
<td>9.1</td>
<td>allowing a user to identify a geometrical area in a computer map, the geometrical area using two coordinate attributes;</td>
<td>
Parking Guidance Systems performs the step of allowing a user to identify a geometrical area ["Desired Parking region displayed on the digital map"] in a computer map [“ParkZen digital map”], the geometrical area using two coordinate attributes ["Smartphone GPS coordinates (latitude and longitude) together with the geographic coordinates of available parking locations”].
The ParkZen application displays an interactive digital map ("computer map") presenting parking availability within participating parking locations. The map utilizes the smartphone's geographic location (GPS latitude and longitude) together with the geographic locations of available parking spaces ("two coordinate attributes") to display the relevant parking region. Using the digital map, the user identifies the desired parking area ("geometrical area") where parking availability is displayed and navigation is performed.
</td>
</tr>
</table>

| | | |
|---|---|---|
| | | <br><https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026<br><br><https://www.youtube.com/watch?v=F65KNGME8MY, at 0:07> |

| | | |
|---|---|---|
| | | <br><br><https://www.youtube.com/watch?v=F65KNGME8MY, at 0:14><br><br><br><br><https://www.youtube.com/watch?v=F65KNGME8MY, at 0:18> |




<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:23>

**Entity having a transponder**

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

<https://www.parkzenapp.com/faq> 2026

| | | |
|---|---|---|
| | | **How accurate are the parking lot occupancies reported by ParkZen?**<br><br>ParkZen uses statistical methods and machine learning to calculate parking lot occupancies based on the number of ParkZen users that historically park in a serviced parking facility. As such, the higher the number of users parked, the more accurate the occupancy estimates. Our testing has shown that parking lot occupancies can be estimated within a 4-8% accuracy for lots where about a third of the parking spots are utilized by our users, which is great considering that we offer this information for all lots and garages within our clients premises where the installation of hardware-based systems would be too expensive and impractical.<br><https://www.parkzenapp.com/faq> 2026><br><br>**Geometrical area using at least two coordinate attributes**<br><br><https://www.youtube.com/watch?v=F65KNGME8MY, at 0:40><br><br><br><https://1dfc46df-67c5-459e-9dd2- |

| | | |
|---|---|---|
| | | 6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf, page 1><br>**Geometrical area is divided into a grid having at least one section**<br><br><br>< https://parkingguidancesystems.com/my-product/mobile-application/> 2026 |
| 9.2 | dividing the identified geometrical area into a grid, allowing a user to select at least one section from within the | *Parking Guidance Systems performs the step of dividing the identified geometrical area into a grid [“representing the identified parking region as multiple discrete parking-location sections on the ParkZen digital map”], allowing a user to select at least one section from within the grid [“selecting a desired parking location displayed within the identified parking region”], in order to define a geographical area “[corresponding to the selected parking area/parking* |

<table>
<tr>
<td></td>
<td>grid in order to define a geographical area;</td>
<td>

*region"].*

*The ParkZen server/API continuously receives geographic location information from smartphones of multiple drivers and determines parking availability within pre-defined geographical regions. The identified geographical region is represented on the ParkZen digital map as multiple location-specific parking areas corresponding to locations where parking availability is calculated.*

*These parking areas collectively subdivide the identified geographical region into multiple discrete location-specific sections on the digital map, enabling the user to select a desired parking location from within the displayed region for navigation, thereby defining the relevant geographical area.*




<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026




<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:07>

</td>
</tr>
</table>

| | | |
|---|---|---|
| | |   <https://www.youtube.com/watch?v=F65KNGME8MY, at 0:14>   <https://www.youtube.com/watch?v=F65KNGME8MY, at 0:18> |




<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:23>

**Entity**

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

<https://www.parkzenapp.com/faq> 2026

## How accurate are the parking lot occupancies reported by ParkZen?

ParkZen uses statistical methods and machine learning to calculate parking lot occupancies based on the number of ParkZen users that historically park in a serviced parking facility. As such, the higher the number of users parked, the more accurate the occupancy estimates. Our testing has shown that parking lot occupancies can be estimated within a 4-8% accuracy for lots where about a third of the parking spots are utilized by our users, which is great considering that we offer this information for all lots and garages within our clients premises where the installation of hardware-based systems would be too expensive and impractical.

<https://www.parkzenapp.com/faq> 2026>

**Geometrical area**




<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:40>




<https://1dfc46df-67c5-459e-9dd2-

| | | |
|---|---|---|
| | | 6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf, page 1><br><br>**Geometrical area is divided into a grid having at least one section**<br><br>< https://parkingguidancesystems.com/my-product/mobile-application/> 2026 |
| 9.3 | associating the at least one section to a pixel in a pixilated computer image such that the | *Parking Guidance Systems performs the step of associating the at least one section [“selected parking location/parking area displayed on the digital map”] to a pixel in a pixilated computer image [“corresponding visual location on the ParkZen digital map”] such that the pixels selected by the user in the identified geometrical area are identified as being in the geographical area [“selected parking locations displayed on the digital map are identified as* |

<table>
<tr>
<td></td>
<td>pixels selected by the user in the identified geometrical area are identified as being in the geographical area; and</td>
<td>

*belonging to the selected parking region"].*

*The ParkZen application displays the identified parking region and the corresponding parking locations on a digital map ("pixilated computer image"). Each selected parking location is visually represented at its corresponding position on the digital map, such that the selected parking location is identified as belonging to the identified parking region. Accordingly, the selected parking locations are visually associated with corresponding portions of the digital map, enabling the user to distinguish the geographical area containing the available parking spaces from surrounding map areas.*




<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:40>




<https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf, page 1>

</td>
</tr>
</table>

| | | |
|---|---|---|
| | |  <br>**Multiple Garage Guidance**<br><br>For busy areas where multiple destinations are close together, our mobile app shows and leads drivers to the garage entry closest to their destination.<br><br>Easy to use and accommodates all hand-held devices, making our app the right choice for everyone.<br><br>< https://parkingguidancesystems.com/my-product/mobile-application/> 2026 |
| 9.4 | loading the pixilated computer image to a memory in a transponder. | *Parking Guidance Systems performs the step of loading the pixilated computer image to a memory in a transponder [“user’s smartphone”]*<br><br>*The ParkZen server/API ("computing device") determines parking availability within the pre-defined geographical regions and wirelessly communicates parking availability information corresponding to the user's current location to the ParkZen application installed on the smartphone ("transponder").*<br><br>*To identify nearby parking availabilities and generate location-specific parking notifications,* |

*the ParkZen application receives location information associated with available parking lots and the applicable geographical region from the ParkZen server/API and stores the received location information in the smartphone memory for subsequent processing and display. The received location information includes multiple geographic locations corresponding to available parking lots within the region, thereby loading a plurality of coordinates from the ParkZen server/API computing device into the smartphone memory.*

*Specification ('929 Patent, col. 11:42–49), "A further benefit of the present disclosure is that all the configurations to the transponder 105 can be done locally or over-the-air. Thus, the user is able to configure any features including the entire operating system of the transponder over the air. This over-the-air configuration can be accomplished through use of the cellular modem 220, the Bluetooth modem 225, or any other wireless means".*

***computing device***

c) "API" means the ParkZen application programming interface package that allows external, third-party smartphone applications to interface with ParkZen Applications, which ParkZen makes available to Licensee subject to the terms and conditions of this Agreement. The API also includes any accompanying documentation and any new revisions, modifications, additional features, or updates to the API made available by ParkZen in its sole discretion from time to time.

< https://www.parkzenapp.com/client-terms-and-conditions> 2026

w) "Services" means the ParkZen Application and the API (including, without limitation, the product implementation, training, analytics, and/or other professional services) provided by ParkZen pursuant to this Agreement or made available by ParkZen, including the maintenance and modifications of the ParkZen Application. "Services" exclude Non-ParkZen Applications.

< https://www.parkzenapp.com/client-terms-and-conditions> 2026

***transponder***




<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:07>

***loading from a computing device to a transponder's memory a plurality of coordinates***




<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:23>

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

<https://www.parkzenapp.com/faq> 2026

<table>
<tr>
<td></td>
<td></td>
<td>


<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:40>
<br>


<https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf, page 1>
</td>
</tr>
<tr>
<td>10.</td>
<td>The method of claim 9, further comprising regulating the entity by performing an action that comprises at least one of monitoring, controlling and visualizing the movement the entity.</td>
<td>Parking Guidance Systems performs the method of claim 9, further comprising regulating the entity by performing an action that comprises at least one of monitoring, controlling and visualizing the movement the entity.<br><br>The ParkZen application continuously monitors the movement of the vehicle (via the associated smartphone) by processing the smartphone's GPS location together with the smartphone's Bluetooth connection with the vehicle and motion/activity data. As the vehicle moves between participating parking regions, the application visualizes the vehicle's location relative to nearby available parking spaces on the digital map and provides location-based parking guidance and notifications based on the detected movement.</td>
</tr>
</table>




<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:23>

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

<https://www.parkzenapp.com/faq> 2026

## How accurate are the parking lot occupancies reported by ParkZen?

ParkZen uses statistical methods and machine learning to calculate parking lot occupancies based on the number of ParkZen users that historically park in a serviced parking facility. As such, the higher the number of users parked, the more accurate the occupancy estimates. Our testing has shown that parking lot occupancies can be estimated within a 4-8% accuracy for lots where about a third of the parking spots are utilized by our users, which is great considering that we offer this information for all lots and garages within our clients premises where the installation of hardware-based systems would be too expensive and impractical.

<https://www.parkzenapp.com/faq> 2026>




<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:40>




<https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf, page 1>

| | | |
|---|---|---|
| 11. | The method of claim 9, further comprising regulating the entity by performing an action that comprises at least one of monitoring, controlling and visualizing the non-movement the entity. | *Parking Guidance Systems performs the method of claim 9, further comprising regulating the entity by performing an action that comprises at least one of monitoring, controlling and visualizing the non-movement the entity.*<br><br>*The ParkZen application continuously processes the smartphone's Bluetooth connection with the user's vehicle together with the smartphone's motion and activity data to determine when the vehicle has parked or remains parked.*<br><br>*Upon detecting the non-moving state of the vehicle, the application communicates the parking event to the ParkZen parking management platform, which updates parking availability and provides corresponding parking information.*<br><br><br><https://www.youtube.com/watch?v=F65KNGME8MY, at 0:23> |

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

<https://www.parkzenapp.com/faq> 2026




<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026

| | | |
|---|---|---|
| 12. | The method of claim 9, further comprising regulating the entity by performing an action that comprises at least one of monitoring, controlling and visualizing the position the entity. | *Parking Guidance Systems performs the method of claim 9, further comprising regulating the entity by performing an action that comprises at least one of monitoring, controlling and visualizing the position the entity.*<br><br>*The ParkZen application continuously determines the smartphone's GPS location and evaluates the position of the associated vehicle relative to pre-defined geographical regions. The application displays the vehicle's current location together with nearby available parking locations on the digital map and provides location-based parking guidance based on the determined position.*<br><br><br><br><https://www.youtube.com/watch?v=F65KNGME8MY, at 0:23> |

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

<https://www.parkzenapp.com/faq> 2026




<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026

| | | |
|---|---|---|
| 19. | The method of claim 9, wherein shape of the geographical area is the shape of a non-geometrical shape. | *Parking Guidance Systems performs the method of claim 9, wherein shape of the geographical area is the shape of a non-geometrical shape.*<br><br>*The ParkZen application determines parking availability within real-world parking facilities, including college campuses, shopping malls, sports venues, parking garages, and surface parking lots. These participating parking facilities are represented on the digital map according to their corresponding real-world boundaries, which are not limited to regular geometric shapes and instead follow the actual layout of the parking facility.*<br><br>By tapping into the power of your user-base you can help your customers or employees find parking more efficiently, save time and offer a better overall user-experience while increasing your user engagement. Furthermore, your business will be provided with smart/AI parking analytics that can help you optimize your daily operations and prepare for future events by gaining profit-enhancing insights on your parking dynamics without the need to install expensive hardware.<br><br>Examples of entities with existing smartphone apps that can benefit from our parking intelligence include colleges, shopping malls, large retailers, mobility/transportation providers, sports venues and more!<br><https://www.parkzenapp.com/features> 2026 |




# Multiple Garage Guidance

For busy areas where multiple destinations are close together, our mobile app shows and leads drivers to the garage entry closest to their destination.

Easy to use and accommodates all hand-held devices, making our app the right choice for everyone.

< https://parkingguidancesystems.com/my-product/mobile-application/ > 2026

| | | |
|---|---|---|
| | | <br><br><https://www.youtube.com/watch?v=F65KNGME8MY, at 0:18> |
| 22. | The method of claim 9, wherein said movable entity is controlled and monitored depending on the location of the movable entity relative to said geographical area. | *Parking Guidance Systems performs the method of claim 9, wherein said movable entity is controlled and monitored depending on the location of the movable entity relative to said geographical area.*<br><br>*The ParkZen application continuously determines the smartphone's GPS location together with the smartphone's Bluetooth connection with the user's vehicle and motion/activity data to monitor the location of the associated vehicle relative to the applicable geographical region.*<br><br>*Based on the vehicle's location within the parking region, the ParkZen parking management platform evaluates parking availability and wirelessly provides location-based parking notifications, nearby available parking locations, and navigation guidance.*<br><br>By tapping into the power of your user-base you can help your customers or employees find parking more efficiently, save time and offer a better overall user-experience while increasing your user engagement. Furthermore, your business will be provided with smart/AI parking analytics that can help you optimize your daily operations and prepare for future events by gaining profit-enhancing insights on your parking dynamics without the need to install expensive hardware.<br><br>Examples of entities with existing smartphone apps that can benefit from our parking intelligence include colleges, shopping malls, large retailers, mobility/transportation providers, sports venues and more!<br><https://www.parkzenapp.com/features> 2026 |




# Multiple Garage Guidance

For busy areas where multiple destinations are close together, our mobile app shows and leads drivers to the garage entry closest to their destination.

Easy to use and accommodates all hand-held devices, making our app the right choice for everyone.

< https://parkingguidancesystems.com/my-product/mobile-application/> 2026

| | | |
|---|---|---|
| | |   <https://www.youtube.com/watch?v=F65KNGME8MY, at 0:18> |

| Row | Claim Element | Contention |
|---|---|---|
| | | • ***PRODUCT/SERVICE = "ParkZen (Parking Guidance Systems) mobile application"*** |
| | | • ***transponder** = User's smartphone executing the ParkZen application **entity** = Vehicle associated with the user's smartphone*<br>• ***computing device** = ParkZen server/API (providing parking location information to the smartphone)*<br>• ***coordinates** = Parking location coordinates corresponding to available parking spaces displayed on the digital map*<br>• ***microprocessor** = Smartphone processor executing the ParkZen application*<br>• ***geographical zone** = Pre-defined geographical region (e.g., parking garage, parking lot, college campus, shopping mall, sports venue, etc.)*<br>• ***pixilated image** = Digital map displayed in the ParkZen application*<br>• ***command** = Push notification (e.g., "Open spots nearby")*<br>• ***configurable operation** = Displaying the parking notification, displaying nearby available parking locations on the digital map, and enabling navigation to the available parking space*<br>• ***control center** = ParkZen parking management platform (aggregates parking data and determines parking availability)*<br>• ***status of the entity** = Vehicle's location (via the associated smartphone's GPS) relative to the pre-defined geographical region.* |