# EXHIBIT D

**Patent Claims Analysis**
**of**
**US7564348: "Method and system to control movable entities"**

**against**
**Parking Guidance Systems**

# US7564348B2

United States

Inventor Houston Staton, James Ashley, Sr., James Ashley, Jr., Frank Mooney, Patrick Mooney, Edward Lang, Charles Maggs, German Santos

Current Assignee Wirelesswerx International Inc

Worldwide applications

2005 ~~US~~ ~~US~~ US CN ~~CN~~ ~~CN~~ 2007 ~~US~~ US 2011 ~~US~~ ~~JP~~ 2013 ~~JP~~ 2014 ~~US~~ 2016 ~~US~~

| | | | |
|---|---|---|---|
| 11/105,621 | Claims priority from a provisional application | 60/625,467 | 11/05/2004 |

Total Patent Term Adjustments

arrow_upward

658 days

## Claims

1. A method to wirelessly monitor an entity having an attached transponder, comprising:

loading from a computing device to a memory in an attached transponder a plurality of coordinates;

programming a microprocessor in the attached transponder to define a geographical zone using said plurality of coordinates to create an enclosed area on a pixilated image, wherein said enclosed area is representative of a geographical zone;

programming the microprocessor in the attached transponder to determine the occurrence of an event associated with the status of the entity in relation to the geographical zone; and

configuring the microprocessor in the transponder to transmit the data related to the occurrence of an event from the attached transponder to a user.

2. The method of claim 1, wherein the status of the entity is based upon movement of the entity.

3. The method of claim 1, wherein the status of the entity is based upon position of the entity.

4. The method of claim 1, wherein the status of the entity is based upon non-movement of the entity.

5. The method of claim 1, wherein the event is leaving a geographical zone, entering a geographical zone, turning on an ignition to the entity, turning off the ignition to the entity, change of speed of the entity, change of temperature of an engine of the entity, change of internal temperature of the entity, change of fuel level in a fuel tank of the entity, locking of a door or latch of the entity, unlocking of the door or latch of the entity, opening a window of the entity, closing a window of the entity, opening a door of the entity, closing of a door of the entity, pushing a button connected to the entity in relation to an emergency, reaching a predetermined distance traveled, reaching a predetermined time traveled, reaching a predetermined time, reaching a predetermined date, reaching a maximum speed threshold, reaching a maximum time permitted to maintain a status of being over the speed threshold, reaching a maximum a acceleration threshold, reaching maximum length of idle of a vehicle, change of the power level of the battery, a bar code scanned by a connected scanner, passenger loading or unloading, cargo loading or unloading, vehicle part malfunction, vehicle diagnostics code received, impact detected, airbag deployed, seatbelts latched, seatbelts unlatched, or change of tire air pressure.

6. The method of claim 1, wherein the data transmitted from the attached transponder is the speed of the entity, direction of movement of the entity, state of an electrical input to the entity, state of an electrical output of the entity, or geographical position of the entity.

7. The method of claim 1, wherein the data transmitted from the attached transponder is communicated to a control center.

8. The method of claim 1, further comprising communicating the occurrence of the event to a portable device.

9. The method of claim 8, wherein data communicated to the control center is further communicated to a portable device.

<table>
<tr><th>Row</th><th>Claim Element</th><th>Contention</th></tr>
<tr><td>1.0</td><td>A method to wirelessly monitor an entity having an attached transponder, comprising:</td><td>

*Parking Guidance Systems performs a method to wirelessly monitor an entity having an attached transponder.*

*Parking Guidance System provides the ParkZen mobile application, which is installed on a user's smartphone ("transponder") associated with a user operating a vehicle ("entity"). The smartphone wirelessly exchanges parking-related information with the ParkZen server/API servers to manage the parking activities of the vehicle at various locations, including colleges, shopping malls, large retailers, mobility/transportation providers, sports venues, and other participating facilities.*

*Upon installation, the ParkZen application requests the smartphone's Location Permission so that it continuously determines the smartphone's location, forming a geographical region.*

*While the user is driving, the ParkZen application continuously monitors the smartphone's Bluetooth connection with the user's vehicle together with the smartphone's motion and activity data to detect parking events, such as when the user parks or vacates a parking lot. Upon detecting a parking event, the smartphone wirelessly transmits the parking availability information to the ParkZen server/API, where parking information received from multiple drivers is aggregated to determine parking availability within the geographical region.*

*As the smartphone is located within the pre-defined geographical region, the ParkZen server/API evaluate parking availability corresponding to the smartphone's current location ("wirelessly manage an entity having a transponder"). When a recently opened parking lot is identified nearby, the ParkZen server/API wirelessly transmits a push notification (e.g., "Open spots nearby") to the ParkZen application installed on the smartphone, enabling the user to identify and navigate to the available parking lot.*

*Specification ('348 Patent, col. 6:18–27), "A transponder can be mounted, attached, manufactured, or otherwise included upon/in various articles or entities. Such articles or entities may include vehicles, aircraft, cargo, persons, animals, or any other item where tracking its movement and/or location is beneficial. Within the context of the tracking system, the transponder works to collect, process, and communicate information about the article or entity to which the transponder is attached. Furthermore, when requested, the transponder can issue various commands and instructions to the local article or entity."*




<https://parkingguidancesystems.com/> 2026

Parking Guidance Systems, LLC (PGS), the U.S. leader in custom parking technologies, has announced a strategic merger with INDECT Electronics & Distribution GmbH (INDECT) and ParkZen. As the lead company in the merger, PGS is expanding beyond its U.S. base to deliver comprehensive parking solutions internationally. The combined business brings together INDECT's world-class hardware, ParkZen's agile software, and PGS's proven execution in large-scale deployments, establishing the industry's most complete parking technology company.

<https://parkingguidancesystems.com/parking-guidance-systems-indect-parkzen-merger/>

</td></tr>
</table>

2026

The portfolio of PGS solutions is also elevated by its recent acquisition of ParkZen, a parking intelligence software development company based in Baton Rouge, Louisiana. ParkZen's pioneering smartphone app leverages crowdsourcing and proprietary algorithms to deliver real-time data and parking software intelligence that empowers parking operators to make better decisions for their operations and to provide parkers with real-time availability — with or without hardware. The platform also streamlines payment processing and offers advanced permission management tools for owners and permit holders, creating a frictionless and powerful offering. Prior to the acquisition, PGS had partnered with ParkZen on a number of projects in the United States, including user wayfinding apps as well as lot management software.

<https://parkingguidancesystems.com/parking-guidance-systems-indect-parkzen-merger/> 2026




<https://parkingguidancesystems.com/> 2026




<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026

By tapping into the power of your user-base you can help your customers or employees find parking more efficiently, save time and offer a better overall user-experience while increasing your user engagement. Furthermore, your business will be provided with smart/AI parking analytics that can help you optimize your daily operations and prepare for future events by gaining profit-enhancing insights on your parking dynamics without the need to install expensive hardware.

Examples of entities with existing smartphone apps that can benefit from our parking intelligence include colleges, shopping malls, large retailers, mobility/transportation providers, sports venues and more!

<https://www.parkzenapp.com/features> 2026

<table>
<tr>
<td></td>
<td></td>
<td>
ParkZen has joined Parking Guidance Systems (PGS), uniting advanced mobile parking intelligence with leading hardware and software innovations. Read the full announcement on the PGS site.<br><br>
Hardware-Free Parking Intelligence<br><br>
We are on a mission to offer the most innovative parking solution<br><br>
Help your community locate available parking in real-time and optimize your daily parking operations without the need to install and maintain any hardware.<br><br>
Tap into the power of your existing organization's smartphone app user-base with a simple ParkZen API integration or by promoting the standalone ParkZen iOS and Android apps to your community and gain access to our proprietary smart crowdsourcing technology for parking guidance.<br><br>
Real-time parking availability is provided for all parking lots and garages located within your premises and can work as a supplement to any of your existing systems.<br><br>
Start with a completely free trial period and continue with minimal usage costs onward.<br><br>
With ParkZen, you can transform day-to-day parking into a community engagement tool and get direct feedback from your user-base.<br>
<https://www.parkzenapp.com/> 2026<br><br>

<br>
<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026
</td>
</tr>
</table>

<table>
<tr>
<td></td>
<td></td>
<td>


<br>
<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026
<br>


<br>
<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026
</td>
</tr>
</table>




# Multiple Garage Guidance

For busy areas where multiple destinations are close together, our mobile app shows and leads drivers to the garage entry closest to their destination.

Easy to use and accommodates all hand-held devices, making our app the right choice for everyone.

< https://parkingguidancesystems.com/my-product/mobile-application/> 2026

| | | |
|---|---|---|
| | |   <https://www.youtube.com/watch?v=F65KNGME8MY, at 0:07> <br><br>   <https://www.youtube.com/watch?v=F65KNGME8MY, at 0:14> |




<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:18>




<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:23>

**Entity having a transponder**

| | | |
|---|---|---|
| | | **How accurate are the parking spots found by the ParkZen API?**<br><br>ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.<br><br>**Does running the ParkZen API drain the phone battery?**<br><br>ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!<br><br><https://www.parkzenapp.com/faq> 2026<br><br>**How accurate are the parking lot occupancies reported by ParkZen?**<br><br>ParkZen uses statistical methods and machine learning to calculate parking lot occupancies based on the number of ParkZen users that historically park in a serviced parking facility. As such, the higher the number of users parked, the more accurate the occupancy estimates. Our testing has shown that parking lot occupancies can be estimated within a 4-8% accuracy for lots where about a third of the parking spots are utilized by our users, which is great considering that we offer this information for all lots and garages within our clients premises where the installation of hardware-based systems would be too expensive and impractical.<br><br><https://www.parkzenapp.com/faq> 2026><br><br>**Wirelessly manage an Entity having a transponder** |

| | | |
|---|---|---|
| | | <br><https://www.youtube.com/watch?v=F65KNGME8MY, at 0:40><br><br><br><https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf, page 1> |
| 1.1 | loading from a computing device to a memory in an attached transponder a plurality of coordinates; | *Parking Guidance Systems performs the step of loading from a computing device ["ParkZen server/API "] to a memory in an attached transponder [“user’s smartphone”] a plurality of coordinates ["corresponding to available parking locations displayed on the application map"].*<br><br>*The ParkZen server/API ("computing device") determines parking availability within the pre-defined geographical regions and wirelessly communicates parking availability information corresponding to the user's current location to the ParkZen application installed on the smartphone ("transponder").*<br><br>*To identify nearby parking availabilities and generate location-specific parking notifications, the ParkZen application receives location information associated with available parking lots and the applicable geographical region from the ParkZen server/API and stores the received location information in the smartphone memory for subsequent processing and display. The received location information includes multiple geographic locations corresponding to available parking lots within the region, thereby loading a plurality of coordinates from the ParkZen server/API computing device into the smartphone memory.* |

*Specification ('348 Patent, col. 11:42–49), "A further benefit of the present disclosure is that all the configurations to the transponder 105 can be done locally or over-the-air. Thus, the user is able to configure any features including the entire operating system of the transponder over the air. This over-the-air configuration can be accomplished through use of the cellular modem 220, the Bluetooth modem 225, or any other wireless means".*

***computing device***

c) "API" means the ParkZen application programming interface package that allows external, third-party smartphone applications to interface with ParkZen Applications, which ParkZen makes available to Licensee subject to the terms and conditions of this Agreement. The API also includes any accompanying documentation and any new revisions, modifications, additional features, or updates to the API made available by ParkZen in its sole discretion from time to time.

< https://www.parkzenapp.com/client-terms-and-conditions> 2026

w) "Services" means the ParkZen Application and the API (including, without limitation, the product implementation, training, analytics, and/or other professional services) provided by ParkZen pursuant to this Agreement or made available by ParkZen, including the maintenance and modifications of the ParkZen Application. "Services" exclude Non-ParkZen Applications.

< https://www.parkzenapp.com/client-terms-and-conditions> 2026

***transponder***




<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:07>

***loading from a computing device to a memory in an attached a plurality of coordinates***




<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:23>

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

<https://www.parkzenapp.com/faq> 2026

<table>
<tr><td></td><td></td><td>

<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:40><br><br>

<https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf, page 1></td></tr>
<tr><td>1.2</td><td>programming a microprocessor in the attached transponder to define a geographical zone using said plurality of coordinates to create an enclosed area on a pixilated image, wherein said enclosed area is representative of a geographical zone;</td><td>Parking Guidance Systems performs the step of programming a microprocessor in the attached transponder [“user’s smartphone”] to define a geographical zone [“pre-defined parking region"], using said plurality of coordinates ["parking location coordinates displayed on the map"] to create an enclosed area on a pixilated image [digital map, SEE IMAGE], wherein said area is representative of a geographical zone.<br><br>The ParkZen application installed on the user’s smartphone executes on the smartphone and processes the smartphone’s location, Bluetooth, motion, and activity data to detect parking events, such as when the user parks or vacates a parking space.<br><br>The application requests continuous location permission and determines the smartphone's current location and receives parking location information corresponding to available parking lots within the applicable region (“define a geographical zone”)<br><br>Using the received parking location information, the application displays nearby parking locations on a digital map (“pixilated image”), wherein the displayed parking area</td></tr>
</table>

*corresponds to a real-world geographical region in which parking availability is determined ("creating an enclosed area on a pixilated image using said plurality of coordinates").*

*Specification ('348 Patent, col. 7:56–64), "Configurable boundaries or geographical zones can also be used and are configurable to any shape the user desires. For example, the boundary or zone can trace the border of a state line or trace the route of a selected highway or path. The boundary or zone can trace the border of the premises of a school zone, a no-fly zone, a city, etc. The boundary or zone can also be a geometric shape or non-geometric shape. A further benefit of the present disclosure is that the transponder can be updated and configured locally or over-the-air."*

*Specification ('348 Patent, col. 14: 61–72), "Next, the transponder105 assigns each coordinate to a pixel in a pixilated image that is loaded in the transponder 105. In order to perform the assignment, the transponder 105 utilizes logic to define a "bounding" square or box around the plurality of coordinates. Then the bounding box is pixilated and the pixels where the coordinates falls are marked as activated. Once the pixels for each coordinate are assigned, lines are extended from one pixel to the next so as to form an enclosed area in the pixilated image. The pixels the lie in the path of the lines between the activated pixels are also activated. Thus, an enclosed and contiguous line of pixels is formed."*




<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026




<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:23>

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

<https://www.parkzenapp.com/faq> 2026

***pixilated image***

<table>
<tr>
<td></td>
<td></td>
<td>


<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026


<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026
</td>
</tr>
</table>




<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:40>




<https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf, page 1>

| | | |
|---|---|---|
| | | <br>< https://parkingguidancesystems.com/my-product/mobile-application/> 2026 |
| 1.3 | programming the microprocessor in the attached transponder to determine the occurrence of an event associated with the status of the entity in | *Parking Guidance Systems performs the step of programming the microprocessor in the attached transponder ["user's smartphone"] to determine the occurrence of an event ["parking event, including when the user parks or vacates a parking space"] associated with the status of the entity ["vehicle's location, determined using the associated smartphone's GPS, Bluetooth connection, and motion/activity data"] in relation to the geographical zone, ["pre-defined geographical region (e.g., parking garage, parking lot, college campus, shopping mall, sports venue, or other participating parking facility)"].*<br><br>*The ParkZen application executes on the smartphone and continuously processes the smartphone's GPS location, Bluetooth connection with the user's vehicle, and motion/activity* |

| | | |
|---|---|---|
| | relation to the geographical zone; and | *data to determine parking events, including when the user parks or vacates a parking space. Based on the smartphone's location relative to the applicable geographical region, the application determines the occurrence of parking-related events associated with the status of the vehicle within the geographical zone.*<br><br><br><https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026<br><br><br><https://www.youtube.com/watch?v=F65KNGME8MY, at 0:23> |

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

<https://www.parkzenapp.com/faq> 2026

***Status of the entity in relation to the geographical zone***




<[https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US](https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US)> 2026




<[https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US](https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US)> 2026

***Command***




<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:40>




<https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf, page 1>

| | | |
|---|---|---|
| | | <br><br>< https://parkingguidancesystems.com/my-product/mobile-application/> 2026 |
| 1.4 | configuring the microprocessor in the transponder to transmit the data related to the occurrence of an event from the attached transponder to a user. | *Parking Guidance Systems performs the step of configuring the microprocessor in the transponder [“ParkZen application executing on the user's smartphone”] to transmit the data related to the occurrence of an event [“parking event information, including the detection of an available parking space or a vacated parking space”] from the attached transponder [“user's smartphone”] to a user [“by displaying a push notification (e.g., "Open spots nearby"), presenting nearby available parking locations on the digital map, and enabling navigation to the available parking space”].*<br><br>*Upon determining the occurrence of a parking-related event and receiving parking availability* |

*information from the ParkZen computing system, the ParkZen application executing on the smartphone generates and presents parking event information to the user by displaying push notifications (e.g., "Open spots nearby"), presenting nearby available parking locations on the digital map, and enabling navigation to the available parking space. Accordingly, the smartphone transmits data representative of the parking event to the user through the application's user interface.*




<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026




<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026




<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:40>




<https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf, page 1>

| | | |
|---|---|---|
| | | <br>**Multiple Garage Guidance**<br><br>For busy areas where multiple destinations are close together, our mobile app shows and leads drivers to the garage entry closest to their destination.<br><br>Easy to use and accommodates all hand-held devices, making our app the right choice for everyone.<br><br>< https://parkingguidancesystems.com/my-product/mobile-application/> 2026 |
| 2. | The method of claim 1, wherein the status of the entity is based upon movement of the entity. | *Parking Guidance Systems performs the method of claim 1, wherein the status of the entity is based upon movement of the entity.*<br><br>*The ParkZen application continuously monitors the smartphone's Bluetooth connection with the user's vehicle together with the smartphone's motion and activity data to determine whether the associated vehicle ("entity") is moving, approaching a parking location, or leaving a parking space. Accordingly, the status of the entity is determined based upon movement of the entity.* |

***Status of the entity is based upon movement of the entity***




<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:23>

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

<https://www.parkzenapp.com/faq> 2026

| | | |
|---|---|---|
| | | <br><https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026 |
| 3. | The method of claim 1, wherein the status of the entity is based upon position of the entity. | *Parking Guidance Systems performs the method of claim 1, wherein the status of the entity is based upon position of the entity.*<br><br>*Upon installation, the ParkZen application requests continuous location permission and continuously determines the smartphone's GPS location. Parking availability is evaluated relative to the smartphone's current location within pre-defined geographical regions. Accordingly, the status of the associated vehicle is determined based upon its position relative to the applicable geographical region.*<br><br>***Status of the entity is based upon position of the entity***<br><br><https://www.youtube.com/watch?v=F65KNGME8MY, at 0:23> |

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

<https://www.parkzenapp.com/faq> 2026




<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026

| | | |
|---|---|---|
| 4. | The method of claim 1, wherein the status of the entity is based upon non-movement of the entity. | *Parking Guidance Systems performs the method of claim 1, wherein the status of the entity is based upon non-movement of the entity.*<br><br>*The ParkZen application detects when the user has parked by monitoring the smartphone's Bluetooth connection with the user's vehicle together with the smartphone's motion and activity data. Detection of a parked vehicle corresponds to a non-moving state of the associated vehicle, thereby determining the status of the entity based upon non-movement.*<br><br>***Status of the entity is based upon non-movement of the entity***<br><br><br><https://www.youtube.com/watch?v=F65KNGME8MY, at 0:23> |

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

<https://www.parkzenapp.com/faq> 2026




<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026

| | | |
|---|---|---|
| 5. | The method of claim 1, wherein the event is leaving a geographical zone, entering a geographical zone, turning on an ignition to the entity, turning off the ignition to the entity, change of speed of the entity, change of temperature of an engine of the entity, change of internal temperature of the entity, change of fuel level in a fuel tank of the entity, locking of a door or latch of the entity, unlocking of the door or latch of the entity, opening a window of the entity, closing a window of the entity, opening a door of the entity, closing of a door of the entity, pushing a button connected to the entity in relation to an emergency, reaching a predetermined distance traveled, reaching a predetermined time traveled, reaching a predetermined time, reaching a predetermined date, reaching a maximum speed threshold, reaching a maximum time permitted to maintain a status of being over the speed threshold, reaching a maximum a acceleration threshold, reaching maximum length of idle of a vehicle, change of the power level of the | *Parking Guidance Systems performs the method of claim 1, wherein the event is leaving a geographical zone, entering a geographical zone, turning on an ignition to the entity, turning off the ignition to the entity, change of speed of the entity, change of temperature of an engine of the entity, change of internal temperature of the entity, change of fuel level in a fuel tank of the entity, locking of a door or latch of the entity, unlocking of the door or latch of the entity, opening a window of the entity, closing a window of the entity, opening a door of the entity, closing of a door of the entity, pushing a button connected to the entity in relation to an emergency, reaching a predetermined distance traveled, reaching a predetermined time traveled, reaching a predetermined time, reaching a predetermined date, reaching a maximum speed threshold, reaching a maximum time permitted to maintain a status of being over the speed threshold, reaching a maximum a acceleration threshold, reaching maximum length of idle of a vehicle, change of the power level of the battery, a bar code scanned by a connected scanner, passenger loading or unloading, cargo loading or unloading, vehicle part malfunction, vehicle diagnostics code received, impact detected, airbag deployed, seatbelts latched, seatbelts unlatched, or change of tire air pressure.*<br><br>*The ParkZen application continuously monitors the smartphone's GPS location together with the smartphone's Bluetooth connection with the user's vehicle and the smartphone's motion and activity data to determine parking-related events.*<br><br>*Specifically, the application determines when the user parks or leaves a parking space and continuously evaluates the smartphone's location relative to the applicable geographical region. Accordingly, the occurrence of the event corresponds to the vehicle, via its associated smartphone, entering, remaining within, or leaving the geographical region in which parking availability is determined, as well as detecting the user leaving or occupying a parking space.*<br><br><br><https://www.youtube.com/watch?v=F65KNGME8MY, at 0:23> |

| | | |
|---|---|---|
| | battery, a bar code scanned by a connected scanner, passenger loading or unloading, cargo loading or unloading, vehicle part malfunction, vehicle diagnostics code received, impact detected, airbag deployed, seatbelts latched, seatbelts unlatched, or change of tire air pressure. | **How accurate are the parking spots found by the ParkZen API?**<br><br>ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.<br><br>**Does running the ParkZen API drain the phone battery?**<br><br>ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!<br><br><https://www.parkzenapp.com/faq> 2026<br><br><br><br><https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026 |




<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:40>




<https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf, page 1>

<table>
<tr><td></td><td></td><td>

< https://parkingguidancesystems.com/my-product/mobile-application/> 2026</td></tr>
<tr><td>6.</td><td>The method of claim 1, wherein the data transmitted from the attached transponder is the speed of the entity, direction of movement of the entity, state of an electrical input to the</td><td>Parking Guidance Systems performs the method of claim 1, wherein the data transmitted from the attached transponder is the speed of the entity, direction of movement of the entity, state of an electrical input to the entity, state of an electrical output of the entity, or geographical position of the entity.<br><br>The ParkZen application continuously determines the smartphone's GPS location and wirelessly communicates parking-related information associated with the smartphone's current location to the ParkZen computing system. The transmitted information includes the geographical position of the smartphone associated with the user's vehicle and is further utilized together with the smartphone's motion and activity data to determine parking events</td></tr>
</table>

<table>
<tr>
<td></td>
<td>entity, state of an electrical output of the entity, or geographical position of the entity.</td>
<td>

*and parking availability within the applicable geographical region.*

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

<https://www.parkzenapp.com/faq> 2026




<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026

</td>
</tr>
</table>

| | | |
|---|---|---|
| 7. | The method of claim 1, wherein the data transmitted from the attached transponder is communicated to a control center. | *Parking Guidance Systems performs the method of claim 1, wherein the data transmitted from the attached transponder is communicated to a control center.*<br><br>*Upon detecting a parking event, the ParkZen application executing on the smartphone ("attached transponder") wirelessly communicates parking information, including the occurrence of the parking event and the smartphone's location, to the ParkZen parking management platform ("control center") through the communications network. The parking management platform aggregates parking information received from multiple users to determine parking availability within the applicable geographical region.*<br><br><br><br><https://www.youtube.com/watch?v=F65KNGME8MY, at 0:23> |

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

<https://www.parkzenapp.com/faq> 2026




<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026

| | | |
|---|---|---|
| | | <br><br><https://www.youtube.com/watch?v=F65KNGME8MY, at 0:40><br><br><br><https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf, page 1> |

| | | |
|---|---|---|
| | | <br>< https://parkingguidancesystems.com/my-product/mobile-application/> 2026 |
| 8. | The method of claim 1, further comprising communicating the occurrence of the event to a portable device. | *Parking Guidance Systems performs the method of claim 1, further comprising communicating the occurrence of the event to a portable device.*<br><br>*Upon determining that a parking event has occurred and identifying a recently available parking space within the applicable geographical region, the ParkZen system communicates the occurrence of the parking event to the user's smartphone ("portable device") by wirelessly transmitting a push notification (e.g., "Open spots nearby") together with parking availability information. The ParkZen application displays the notification and corresponding parking location to the user.* |




<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:23>

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

<https://www.parkzenapp.com/faq> 2026




<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026




<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:40>



<table>
<tr>
<td></td>
<td></td>
<td><https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf, page 1>




< https://parkingguidancesystems.com/my-product/mobile-application/> 2026</td>
</tr>
<tr>
<td>9.</td>
<td>The method of claim 8, wherein data communicated to the control center is further communicated to a portable device.</td>
<td>Parking Guidance Systems performs the method of claim 8, wherein data communicated to the control center is further communicated to a portable device.<br><br>The ParkZen application wirelessly communicates parking event information from the smartphone to the ParkZen parking management platform, where parking information received from multiple users is aggregated to determine parking availability. Based on this processing, the ParkZen parking management platform wirelessly communicates the updated parking availability information and corresponding push notifications to the user's smartphone, thereby</td>
</tr>
</table>

*communicating information received by the control center to the portable device.*




<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:23>

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

<https://www.parkzenapp.com/faq> 2026




<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026




<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:40>



<https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf, page 1>




# Multiple Garage Guidance

For busy areas where multiple destinations are close together, our mobile app shows and leads drivers to the garage entry closest to their destination.

Easy to use and accommodates all hand-held devices, making our app the right choice for everyone.

< https://parkingguidancesystems.com/my-product/mobile-application/> 2026

Claims

25. A method to wirelessly monitor an entity having an attached transponder, comprising:

using a computing device to identify a geometrical area using at least two coordinate attributes, wherein said geometrical area is divided into a grid having at least one section;

defining a geographical zone by selecting within the grid the at least one section representative of a desired area and correlating at least one section into a pixilated computer image by associating at least one section to a pixel;

loading said pixilated computer image into the attached transponder's memory;

programming a microprocessor in the attached transponder to determine the occurrence of an event associated with the position of the entity in relation to the geographical zone; and

configuring the microprocessor in the transponder to transmit the data related to the occurrence of an event from the attached transponder to a user.

26. The method of claim 25, wherein the status of the entity is based upon movement of the entity.

27. The method of claim 25, wherein the status of the entity is based upon position of the entity.

28. The method of claim 25, wherein the status of the entity is based upon non-movement of the entity.

29. The method of claim 25, wherein the event is leaving a geographical zone, entering a geographical zone, turning on an ignition to the entity, turning off the ignition to the entity, change of speed of the entity, change of temperature of an engine of the entity, change of internal temperature of the entity, change of fuel level in a fuel tank of the entity, locking of a door or latch of the entity, unlocking of the door or latch of the entity, opening a window of the entity, closing a window of the entity, opening a door of the entity, closing of a door of the entity, pushing a button connected to the entity in relation to an emergency, reaching a predetermined distance traveled, reaching a predetermined time traveled, reaching a predetermined time, reaching a predetermined date, reaching a maximum speed threshold, reaching a maximum time permitted to maintain a status of being over the speed threshold, reaching a maximum a acceleration threshold, reaching maximum length of idle of a vehicle, change of the power level of the battery, a bar code scanned by a connected scanner, passenger loading or unloading, cargo loading or unloading, vehicle part malfunction, vehicle diagnostics code received, impact detected, airbag deployed, seatbelts latched, seatbelts unlatched, or change of tire air pressure.

30. The method of claim 25, wherein the data transmitted from the attached transponder is the speed of the entity, direction of movement of the entity, state of an electrical input to the entity, state of an electrical output of the entity, or geographical position of the entity.

31. The method of claim 25, wherein the data transmitted from the attached transponder is communicated to a control center.

32. The method of claim 31, wherein the data communicated to the control center is further communicated to a portable device.

| Row | Claim Element | Contention |
|---|---|---|
| 25.0 | A method to wirelessly monitor an entity having an attached transponder, comprising: | *Parking Guidance Systems performs a method to wirelessly monitor an entity having an attached transponder.*<br><br>*Parking Guidance System provides the ParkZen mobile application, which is installed on a user's smartphone ("transponder") associated with a user operating a vehicle ("entity"). The smartphone wirelessly exchanges parking-related information with the ParkZen server/API servers to manage the parking activities of the vehicle at various locations, including colleges, shopping malls, large retailers, mobility/transportation providers, sports venues, and other participating facilities.*<br><br>*Upon installation, the ParkZen application requests the smartphone's Location Permission, so that it continuously determines the smartphone's location, forming a geographical region.*<br><br>*While the user is driving, the ParkZen application continuously monitors the smartphone's Bluetooth connection with the user's vehicle together with the smartphone's motion and activity data to detect parking events, such as when the user parks or vacates a parking lot. Upon detecting a parking event, the smartphone wirelessly transmits the parking availability information to the ParkZen server/API, where parking information received from multiple drivers is aggregated to determine parking availability within the geographical region.*<br><br>*As the smartphone is located within the pre-defined geographical region, the ParkZen server/API evaluate parking availability corresponding to the smartphone's current location ("wirelessly monitor an entity having an attached transponder"). When a recently opened parking lot is identified nearby, the ParkZen server/API wirelessly transmits a push notification (e.g., "Open spots nearby") to the ParkZen application installed on the smartphone, enabling the user to identify and navigate to the available parking lot.*<br><br>*Specification ('348 Patent, col. 6:18–27), "A transponder can be mounted, attached, manufactured, or otherwise included upon/in various articles or entities. Such articles or entities may include vehicles, aircraft, cargo, persons, animals, or any other item where tracking its movement and/or location is beneficial. Within the context of the tracking system, the transponder works to collect, process, and communicate information about the article or entity to which the transponder is attached. Furthermore, when requested, the transponder can issue various commands and instructions to the local article or entity."*<br><br><br><*https://parkingguidancesystems.com/*> *2026*<br><br>Parking Guidance Systems, LLC (PGS), the U.S. leader in custom parking technologies, has announced a strategic merger with INDECT Electronics & Distribution GmbH (INDECT) and ParkZen. As the lead company in the merger, PGS is expanding beyond its U.S. base to deliver comprehensive parking solutions internationally. The combined business brings together INDECT's world-class hardware, ParkZen's agile software, and PGS's proven execution in large-scale deployments, establishing the industry's most complete parking technology company.<br><br><*https://parkingguidancesystems.com/parking-guidance-systems-indect-parkzen-merger/*> |

*2026*

The portfolio of PGS solutions is also elevated by its recent acquisition of ParkZen, a parking intelligence software development company based in Baton Rouge, Louisiana. ParkZen's pioneering smartphone app leverages crowdsourcing and proprietary algorithms to deliver real-time data and parking software intelligence that empowers parking operators to make better decisions for their operations and to provide parkers with real-time availability — with or without hardware. The platform also streamlines payment processing and offers advanced permission management tools for owners and permit holders, creating a frictionless and powerful offering. Prior to the acquisition, PGS had partnered with ParkZen on a number of projects in the United States, including user wayfinding apps as well as lot management software.

<*https://parkingguidancesystems.com/parking-guidance-systems-indect-parkzen-merger/*> *2026*

PGS works with developers to create apps that integrate specifically with each client's parking system to offer features that put the power of easy parking in customers' hands.

- App is compatible with iPhone and Android technology
- Remote kiosks near parking entrance make app functions available to customers without smartphones
- Notify customers of available parking before they arrive

<*https://parkingguidancesystems.com/*> *2026*

**ParkZen: Find, Park, Go!**

ParkZen

3.4★ 28 reviews | 1K+ Downloads

Install | Share

This app is available for your device

<*https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US*> *2026*

By tapping into the power of your user-base you can help your customers or employees find parking more efficiently, save time and offer a better overall user-experience while increasing your user engagement. Furthermore, your business will be provided with smart/AI parking analytics that can help you optimize your daily operations and prepare for future events by gaining profit-enhancing insights on your parking dynamics without the need to install expensive hardware.

Examples of entities with existing smartphone apps that can benefit from our parking intelligence include colleges, shopping malls, large retailers, mobility/transportation providers, sports venues and more!

<*https://www.parkzenapp.com/features*> *2026*

ParkZen has joined Parking Guidance Systems (PGS), uniting advanced mobile parking intelligence with leading hardware and software innovations. Read the full announcement on the PGS site.

# Hardware-Free Parking Intelligence

**We are on a mission to offer the most innovative parking solution**

Help your community locate available parking in real-time and optimize your daily parking operations without the need to install and maintain any hardware.

Tap into the power of your existing organization's smartphone app user-base with a simple ParkZen API integration or by promoting the standalone ParkZen iOS and Android apps to your community and gain access to our proprietary smart crowdsourcing technology for parking guidance.

Real-time parking availability is provided for all parking lots and garages located within your premises and can work as a supplement to any of your existing systems.

Start with a completely free trial period and continue with minimal usage costs onward.

With ParkZen, you can transform day-to-day parking into a community engagement tool and get direct feedback from your user-base.

*<https://www.parkzenapp.com/> 2026*




*<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026*

| | | |
|---|---|---|
| | | <br><*[https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US](https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US)*> *2026*<br><br><*[https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US](https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US)*> *2026* |

| | | |
|---|---|---|
| | | <br><br>**Multiple Garage Guidance**<br><br>For busy areas where multiple destinations are close together, our mobile app shows and leads drivers to the garage entry closest to their destination.<br><br>Easy to use and accommodates all hand-held devices, making our app the right choice for everyone.<br>< *https://parkingguidancesystems.com/my-product/mobile-application/*> *2026* |

| | | |
|---|---|---|
| | | <br><br>*<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:07>*<br><br><br>*<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:14>* |

| | | |
|---|---|---|
| | | <br><br>*<[https://www.youtube.com/watch?v=F65KNGME8MY](https://www.youtube.com/watch?v=F65KNGME8MY), at 0:18>*<br><br><br><br>*<[https://www.youtube.com/watch?v=F65KNGME8MY](https://www.youtube.com/watch?v=F65KNGME8MY), at 0:23>*<br><br>***Entity having a transponder*** |

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

*<https://www.parkzenapp.com/faq> 2026*

## How accurate are the parking lot occupancies reported by ParkZen?

ParkZen uses statistical methods and machine learning to calculate parking lot occupancies based on the number of ParkZen users that historically park in a serviced parking facility. As such, the higher the number of users parked, the more accurate the occupancy estimates. Our testing has shown that parking lot occupancies can be estimated within a 4-8% accuracy for lots where about a third of the parking spots are utilized by our users, which is great considering that we offer this information for all lots and garages within our clients premises where the installation of hardware-based systems would be too expensive and impractical.

*<https://www.parkzenapp.com/faq> 2026>*

***Wirelessly monitor an Entity having an attached transponder***

| | | |
|---|---|---|
| | | <br><https://www.youtube.com/watch?v=F65KNGME8MY, at 0:40><br><br><br><https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf, page 1> |
| 25.1 | using a computing device to identify a geometrical area using at least two coordinate attributes, wherein said geometrical area is divided into a grid having at least one section; | *Parking Guidance Systems performs the step of using a computing device ["ParkZen server/API"] to identify a geometrical area ["Parking region displayed on the digital map"] using at least two coordinate attributes ["GPS coordinates of the smartphone and available parking locations"], wherein said geometrical area is divided into a grid [“Multiple parking-location sections within the mapped geographical region”] having at least one section ["Individual parking location/parking area shown on the map"].*<br><br>*The ParkZen server/API ("computing device") continuously receives geographic location information from smartphones of multiple drivers and determines parking availability within pre-defined geographical regions. The computing system utilizes the geographic location (GPS coordinates) of available parking spaces together with the smartphone's current GPS location to identify the relevant parking region. The identified geographical region is represented on the ParkZen digital map as individual parking areas corresponding to locations where parking availability is calculated, thereby dividing the overall mapped area into multiple location-specific sections representing parking locations within the region.* |

| | | |
|---|---|---|
| | | <br><br><https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> *2026*<br><br><br><https://www.youtube.com/watch?v=F65KNGME8MY, *at 0:07*> |




<*https://www.youtube.com/watch?v=F65KNGME8MY, at 0:14*>




<*https://www.youtube.com/watch?v=F65KNGME8MY, at 0:18*>




*<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:23>*

***Entity having a transponder***

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

*<https://www.parkzenapp.com/faq> 2026*

## How accurate are the parking lot occupancies reported by ParkZen?

ParkZen uses statistical methods and machine learning to calculate parking lot occupancies based on the number of ParkZen users that historically park in a serviced parking facility. As such, the higher the number of users parked, the more accurate the occupancy estimates. Our testing has shown that parking lot occupancies can be estimated within a 4-8% accuracy for lots where about a third of the parking spots are utilized by our users, which is great considering that we offer this information for all lots and garages within our clients premises where the installation of hardware-based systems would be too expensive and impractical.

*<https://www.parkzenapp.com/faq> 2026>*

***Geometrical area using at least two coordinate attributes***




*<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:40>*




*<https://1dfc46df-67c5-459e-9dd2-*

| | | |
|---|---|---|
| | | 6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf, *page 1>*<br><br>***Geometrical area is divided into a grid having at least one section***<br><br><br><br>**Multiple Garage Guidance**<br><br>For busy areas where multiple destinations are close together, our mobile app shows and leads drivers to the garage entry closest to their destination.<br><br>Easy to use and accommodates all hand-held devices, making our app the right choice for everyone.<br><br>*< https://parkingguidancesystems.com/my-product/mobile-application/> 2026* |
| 25.2 | defining a geographical zone by selecting within the grid the at least one section representative of a desired area and | *Parking Guidance Systems performs the step of defining a geographical zone by selecting within the grid [“Multiple parking-location sections within the mapped geographical region”] one or more of the at least one section [“Individual parking location/parking area shown on the map”] representative of a desired area and correlating the at least one section to a pixilated computer image [“Digital map displayed in the ParkZen application”] by associating the at* |

| | | |
|---|---|---|
| | correlating the at least one section into a pixilated computer image by associating the at least one section with a pixel; | *least one section with a pixel.*<br><br>*The ParkZen computing system identifies one or more parking areas within the applicable geographical region based on the smartphone's current location and the availability of recently vacated parking spaces. The corresponding parking areas are displayed on the application's digital map ("pixilated computer image"), wherein each displayed parking location is visually associated with its corresponding map position. The displayed parking locations collectively represent the desired parking area within the geographical region, allowing the user to visualize nearby available parking spaces on the digital map.*<br><br>**How accurate are the parking spots found by the ParkZen API?**<br><br>ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.<br><br>**Does running the ParkZen API drain the phone battery?**<br><br>ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!<br><br>*<https://www.parkzenapp.com/faq> 2026* |

## How accurate are the parking lot occupancies reported by ParkZen?

ParkZen uses statistical methods and machine learning to calculate parking lot occupancies based on the number of ParkZen users that historically park in a serviced parking facility. As such, the higher the number of users parked, the more accurate the occupancy estimates. Our testing has shown that parking lot occupancies can be estimated within a 4-8% accuracy for lots where about a third of the parking spots are utilized by our users, which is great considering that we offer this information for all lots and garages within our clients premises where the installation of hardware-based systems would be too expensive and impractical.

*<https://www.parkzenapp.com/faq> 2026>*




*<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:40>*




*<https://1dfc46df-67c5-459e-9dd2-*

<table>
<tr><td></td><td></td><td>6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf, page 1><br>


< https://parkingguidancesystems.com/my-product/mobile-application/> 2026</td></tr>
<tr><td>25.3</td><td>loading said pixilated computer image into a transponder's memory; and</td><td>Parking Guidance Systems performs the step of loading said pixilated computer image [“Digital map displayed in the ParkZen application”] into a transponder's ["User's smartphone executing the ParkZen application"] memory.<br><br>The ParkZen computing system wirelessly provides the digital parking map together with parking availability information to the ParkZen application executing on the smartphone ("transponder"). The digital map and associated parking location information are loaded into</td></tr>
</table>

*the smartphone memory for display and processing, enabling the application to present nearby parking availability corresponding to the user's current location.*

*Specification ('348 Patent, col. 11:42–49), "A further benefit of the present disclosure is that all the configurations to the transponder 105 can be done locally or over-the-air. Thus, the user is able to configure any features including the entire operating system of the transponder over the air. This over-the-air configuration can be accomplished through use of the cellular modem 220, the Bluetooth modem 225, or any other wireless means".*

c) "API" means the ParkZen application programming interface package that allows external, third-party smartphone applications to interface with ParkZen Applications, which ParkZen makes available to Licensee subject to the terms and conditions of this Agreement. The API also includes any accompanying documentation and any new revisions, modifications, additional features, or updates to the API made available by ParkZen in its sole discretion from time to time.

*< https://www.parkzenapp.com/client-terms-and-conditions> 2026*

w) "Services" means the ParkZen Application and the API (including, without limitation, the product implementation, training, analytics, and/or other professional services) provided by ParkZen pursuant to this Agreement or made available by ParkZen, including the maintenance and modifications of the ParkZen Application. "Services" exclude Non-ParkZen Applications.

*< https://www.parkzenapp.com/client-terms-and-conditions> 2026*

***transponder***




*<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:07>*

***loading said pixilated computer image into a transponder's memory***




*<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:23>*

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

*<https://www.parkzenapp.com/faq> 2026*

| | | |
|---|---|---|
| | | <br><*[https://www.youtube.com/watch?v=F65KNGME8MY](https://www.youtube.com/watch?v=F65KNGME8MY), at 0:40*><br><br><br><*[https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf](https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf), page 1*> |
| 25.4 | programming the microprocessor in the attached transponder to determine the occurrence of an event associated with the status of the entity in relation to the geographical zone; and | *Parking Guidance Systems performs the step of programming a microprocessor in the transponder ["["user's smartphone"] to execute a configurable operation ["Displaying parking notifications, displaying nearby available parking locations, and enabling navigation"] upon receiving a command ["Push notification (Open spots nearby)'] from a control center ["ParkZen parking management platform"], the command being associated with a status of the entity ["vehicle's location, determined using the associated smartphone's GPS, relative to the pre-defined geographical region"] in relation to the geographical zone ["pre-defined geographical region (e.g., parking garage/parking lot"].*<br><br>*The ParkZen computing system wirelessly provides the digital parking map together with parking availability information to the ParkZen application executing on the smartphone ("transponder"). The digital map and associated parking location information are loaded into the smartphone memory for display and processing, enabling the application to present nearby parking availability corresponding to the user's current location.* |

| | | |
|---|---|---|
| | | <br><br>*<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026*<br><br><br>*<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:23>* |

| | | |
|---|---|---|
| | | **How accurate are the parking spots found by the ParkZen API?**<br><br>ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.<br><br>**Does running the ParkZen API drain the phone battery?**<br><br>ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!<br><br>*<https://www.parkzenapp.com/faq> 2026*<br><br>***Status of the entity in relation to the geographical zone*** |




*<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026*




*<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026*

***Command***




*<[https://www.youtube.com/watch?v=F65KNGME8MY](https://www.youtube.com/watch?v=F65KNGME8MY), at 0:40>*




*<[https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf](https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf), page 1>*

| | | |
|---|---|---|
| | | <br>*< [https://parkingguidancesystems.com/my-product/mobile-application/](https://parkingguidancesystems.com/my-product/mobile-application/)> 2026* |
| 25.5 | configuring the microprocessor in the transponder to transmit the data related to the occurrence of an event from the attached transponder to a user. | *Parking Guidance Systems performs the step of configuring the microprocessor in the transponder [“ParkZen application executing on the user's smartphone”] to transmit the data related to the occurrence of an event [“parking event information, including the detection of an available parking space or a vacated parking space”] from the attached transponder [“user's smartphone”] to a user [“by displaying a push notification (e.g., "Open spots nearby"), presenting nearby available parking locations on the digital map, and enabling navigation to the available parking space”].*<br><br>*Upon determining the occurrence of a parking-related event and receiving parking availability* |

*information from the ParkZen computing system, the ParkZen application executing on the smartphone generates and presents parking event information to the user by displaying push notifications (e.g., "Open spots nearby"), presenting nearby available parking locations on the digital map, and enabling navigation to the available parking space. Accordingly, the smartphone transmits data representative of the parking event to the user through the application's user interface.*




*<[https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US](https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US)> 2026*




*<[https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US](https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US)> 2026*




*<[https://www.youtube.com/watch?v=F65KNGME8MY](https://www.youtube.com/watch?v=F65KNGME8MY), at 0:40>*




*<[https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf](https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf), page 1>*

| | | |
|---|---|---|
| | | <br>**Multiple Garage Guidance**<br>For busy areas where multiple destinations are close together, our mobile app shows and leads drivers to the garage entry closest to their destination.<br>Easy to use and accommodates all hand-held devices, making our app the right choice for everyone.<br>*< https://parkingguidancesystems.com/my-product/mobile-application/> 2026* |
| 26. | The method of claim 25, wherein the status of the entity is based upon movement of the entity. | *Parking Guidance Systems performs the method of claim 25, wherein the status of the entity is based upon movement of the entity.*<br><br>*The ParkZen application continuously monitors the smartphone's Bluetooth connection with the user's vehicle together with the smartphone's motion and activity data to determine whether the associated vehicle ("entity") is moving, approaching a parking location, or leaving a parking space. Accordingly, the status of the entity is determined based upon movement of the entity.* |

***Status of the entity is based upon movement of the entity***




*<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:23>*

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

*<https://www.parkzenapp.com/faq> 2026*

<table>
<tr>
<td></td>
<td></td>
<td>


*<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026*
</td>
</tr>
<tr>
<td>27.</td>
<td>The method of claim 25, wherein the status of the entity is based upon position of the entity.</td>
<td>
Parking Guidance Systems performs the method of claim 25, wherein the status of the entity is based upon position of the entity.
Upon installation, the ParkZen application requests continuous location permission and continuously determines the smartphone's GPS location. Parking availability is evaluated relative to the smartphone's current location within pre-defined geographical regions. Accordingly, the status of the associated vehicle is determined based upon its position relative to the applicable geographical region.
Status of the entity is based upon position of the entity


<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:23>
</td>
</tr>
</table>

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

*<https://www.parkzenapp.com/faq> 2026*




*<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026*

| | | |
|---|---|---|
| 28. | The method of claim 25, wherein the status of the entity is based upon non-movement of the entity. | *Parking Guidance Systems performs the method of claim 25, wherein the status of the entity is based upon non-movement of the entity.*<br><br>*The ParkZen application detects when the user has park by monitoring the smartphone's Bluetooth connection with the user's vehicle together with the smartphone's motion and activity data. Detection of a parked vehicle corresponds to a non-moving state of the associated vehicle, thereby determining the status of the entity based upon non-movement.*<br><br>***Status of the entity is based upon non-movement of the entity***<br><br>*<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:23>* |

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

*<[https://www.parkzenapp.com/faq](https://www.parkzenapp.com/faq)> 2026*




*<[https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US](https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US)> 2026*

| | | |
|---|---|---|
| 29. | The method of claim 25, wherein the event is leaving a geographical zone, entering a geographical zone, turning on an ignition to the entity, turning off the ignition to the entity, change of speed of the entity, change of temperature of an engine of the entity, change of internal temperature of the entity, change of fuel level in a fuel tank of the entity, locking of a door or latch of the entity, unlocking of the door or latch of the entity, opening a window of the entity, closing a window of the entity, opening a door of the entity, closing of a door of the entity, pushing a button connected to the entity in relation to an emergency, reaching a predetermined distance traveled, reaching a predetermined time traveled, reaching a predetermined time, reaching a predetermined date, reaching a maximum speed threshold, reaching a maximum time permitted to maintain a status of being over the speed threshold, reaching a maximum a acceleration threshold, reaching maximum length of idle of a vehicle, change of the power level of the | *Parking Guidance Systems performs the method of claim 25, wherein the event is leaving a geographical zone, entering a geographical zone, turning on an ignition to the entity, turning off the ignition to the entity, change of speed of the entity, change of temperature of an engine of the entity, change of internal temperature of the entity, change of fuel level in a fuel tank of the entity, locking of a door or latch of the entity, unlocking of the door or latch of the entity, opening a window of the entity, closing a window of the entity, opening a door of the entity, closing of a door of the entity, pushing a button connected to the entity in relation to an emergency, reaching a predetermined distance traveled, reaching a predetermined time traveled, reaching a predetermined time, reaching a predetermined date, reaching a maximum speed threshold, reaching a maximum time permitted to maintain a status of being over the speed threshold, reaching a maximum a acceleration threshold, reaching maximum length of idle of a vehicle, change of the power level of the battery, a bar code scanned by a connected scanner, passenger loading or unloading, cargo loading or unloading, vehicle part malfunction, vehicle diagnostics code received, impact detected, airbag deployed, seatbelts latched, seatbelts unlatched, or change of tire air pressure.*<br><br>*The ParkZen application continuously monitors the smartphone's GPS location together with the smartphone's Bluetooth connection with the user's vehicle and the smartphone's motion and activity data to determine parking-related events.*<br><br>*Specifically, the application determines when the user parks or leaves a parking space and continuously evaluates the smartphone's location relative to the applicable geographical region. Accordingly, the occurrence of the event corresponds to the vehicle, via its associated smartphone, entering, remaining within, or leaving the geographical region in which parking availability is determined, as well as detecting the user leaving or occupying a parking space.*<br><br><br><br><*https://www.youtube.com/watch?v=F65KNGME8MY*, *at 0:23*> |

| | | |
|---|---|---|
| | battery, a bar code scanned by a connected scanner, passenger loading or unloading, cargo loading or unloading, vehicle part malfunction, vehicle diagnostics code received, impact detected, airbag deployed, seatbelts latched, seatbelts unlatched, or change of tire air pressure. | **How accurate are the parking spots found by the ParkZen API?**<br><br>ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.<br><br>**Does running the ParkZen API drain the phone battery?**<br><br>ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!<br>*<https://www.parkzenapp.com/faq> 2026*<br><br><br><br>*<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026* |




<*https://www.youtube.com/watch?v=F65KNGME8MY*, *at 0:40*>




<*https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf*, *page 1*>

| | | |
|---|---|---|
| | | <br><br>**Multiple Garage Guidance**<br>For busy areas where multiple destinations are close together, our mobile app shows and leads drivers to the garage entry closest to their destination.<br>Easy to use and accommodates all hand-held devices, making our app the right choice for everyone.<br>*< [https://parkingguidancesystems.com/my-product/mobile-application/](https://parkingguidancesystems.com/my-product/mobile-application/)> 2026* |
| 30. | The method of claim 25, wherein the data transmitted from the attached transponder is the speed of the entity, direction of movement of the entity, state of an electrical input to the | *Parking Guidance Systems performs the method of claim 25, wherein the data transmitted from the attached transponder is the speed of the entity, direction of movement of the entity, state of an electrical input to the entity, state of an electrical output of the entity, or geographical position of the entity.*<br><br>*The ParkZen application continuously determines the smartphone's GPS location and wirelessly communicates parking-related information associated with the smartphone's current location to the ParkZen computing system. The transmitted information includes the geographical position of the smartphone associated with the user's vehicle and is further utilized together with the smartphone's motion and activity data to determine parking events* |

<table>
<tr>
<td></td>
<td>entity, state of an electrical output of the entity, or geographical position of the entity.</td>
<td>

*and parking availability within the applicable geographical region.*

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

<https://www.parkzenapp.com/faq> *2026*




<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> *2026*

</td>
</tr>
</table>

<table>
<tr>
<td>31.</td>
<td>The method of claim 25, wherein the data transmitted from the attached transponder is communicated to a control center.</td>
<td>

*Parking Guidance Systems performs the method of claim 25, wherein the data transmitted from the attached transponder is communicated to a control center.*

*Upon detecting a parking event, the ParkZen application executing on the smartphone ("attached transponder") wirelessly communicates parking information, including the occurrence of the parking event and the smartphone's location, to the ParkZen parking management platform ("control center") through the communications network. The parking management platform aggregates parking information received from multiple users to determine parking availability within the applicable geographical region.*




*<[https://www.youtube.com/watch?v=F65KNGME8MY](https://www.youtube.com/watch?v=F65KNGME8MY), at 0:23>*

</td>
</tr>
</table>

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

*<https://www.parkzenapp.com/faq> 2026*




*<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026*




<*[https://www.youtube.com/watch?v=F65KNGME8MY](https://www.youtube.com/watch?v=F65KNGME8MY), at 0:40*>




<*[https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf](https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf), page 1*>

| | | |
|---|---|---|
| | | <br>< <u>https://parkingguidancesystems.com/my-product/mobile-application/</u>> 2026 |
| 32. | The method of claim 25, further comprising communicating the occurrence of the event to a portable device. | *Parking Guidance Systems performs the method of claim 25, further comprising communicating the occurrence of the event to a portable device.*<br><br>*Upon determining that a parking event has occurred and identifying a recently available parking space within the applicable geographical region, the ParkZen system communicates the occurrence of the parking event to the user's smartphone ("portable device") by wirelessly transmitting a push notification (e.g., "Open spots nearby") together with parking availability information. The ParkZen application displays the notification and corresponding parking location to the user.* |




*<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:23>*

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

*<https://www.parkzenapp.com/faq> 2026*




<*[https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US](https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US)*> *2026*




<*[https://www.youtube.com/watch?v=F65KNGME8MY](https://www.youtube.com/watch?v=F65KNGME8MY), at 0:40*>



| | | |
|---|---|---|
| | | *<https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf, page 1>*   *< https://parkingguidancesystems.com/my-product/mobile-application/> 2026* |
| | | • ***PRODUCT/SERVICE = "ParkZen (Parking Guidance Systems) mobile application"*** |
| | | • ***transponder** = User's smartphone executing the ParkZen application **entity** = Vehicle associated with the user's smartphone*<br>• ***computing device** = ParkZen server/API (providing parking location information to the smartphone)* |

| | | |
|---|---|---|
| | | • *coordinates = Parking location coordinates corresponding to available parking spaces displayed on the digital map*<br>• *microprocessor = Smartphone processor executing the ParkZen application*<br>• *geographical zone = Pre-defined geographical region (e.g., parking garage, parking lot, college campus, shopping mall, sports venue, etc.)*<br>• *pixilated image = Digital map displayed in the ParkZen application*<br>• *command = Push notification (e.g., "Open spots nearby")*<br>• *configurable operation = Displaying the parking notification, displaying nearby available parking locations on the digital map, and enabling navigation to the available parking space*<br>• *control center = ParkZen parking management platform (aggregates parking data and determines parking availability)*<br>• *status of the entity = Vehicle's location (via the associated smartphone's GPS) relative to the pre-defined geographical region* |