# EXHIBIT F

**Patent Claims Analysis**
**of**
**US8368531: "Method and system to control movable entities"**

**against**
**Parking Guidance Systems**

# US8368531B2

United States

Inventor Houston Staton, James Ashley, Sr., James Ashley, Jr., Frank Mooney, Patrick Mooney, Edward Lang, Charles Maggs, German Santos

Current Assignee Wirelesswerx Ip LLC

Worldwide applications

2005 ~~US~~ ~~US~~ US CN ~~CN~~ ~~CN~~ 2007 ~~US~~ US 2011 ~~US~~ ~~JP~~ 2013 ~~JP~~ 2014 ~~US~~ 2016 ~~US~~

| | | | |
|---|---|---|---|
| 11/105,932 | Claims priority from a provisional application | 60/625,467 | 11/05/2004 |
| 11/949,975 | is a Division of | 11/105,932 | 13/04/2005 |
| 13/205,618 | Is a Continuation of | 11/949,975 | 04/12/2007 |

Total Patent Term Adjustments

arrow_upward

0 days

Claims

1. A method of providing a location-based service by wirelessly communicating with a user having a portable electronic wireless device comprising

> programming a computing device at a control center to define a geographical zone by creating an area on a pixilated image wherein said area is representative of the geographical zone,
>
> loading a portable electronic wireless device with data that can be associated with a plurality of pre-defined zones of the area, and
>
> sending a command from the control center to the portable electronic wireless device to execute a configurable operation upon receiving the command, the command being associated with the location of the portable electronic device in relation to the geographical zone, and the command including instructions to the portable electronic device to cause said device to present an offer or a service to the user of the portable electronic wireless device when the portable device is located in the area.

2. The method of claim 1, wherein the service to the user is based upon movement of the user.

3. The method of claim 1, wherein service to the user is based upon position of the entity.

4. The method of claim 1, wherein service to the user is based upon non-movement of the entity.

7. The method of claim 1, wherein the portable electronic device is wirelessly configurable using a wireless communications network.

8. The method of claim 1, further comprising communicating at least one event message between the portable electronic device and a central computer using a communications network, the at least one event message including data representative of the occurrence of the event.

9. The method of claim 8, wherein the communications network is a cellular communications network, satellite communications network, short range radio or a short message service network.

11. The method of claim 8, wherein the communications network is a cellular communications network, satellite communications network, short range radio, wireless network or a short message service network.

16. The method of claim 1 wherein a the service is offered to the user when within the geographical zone, the service being an availability of an event.

18. A method of claim 1 wherein the electronic portable device, is provided with a GPS receiver and includes the ability to communicate wirelessly, and by short radio range, selectively by Bluetooth protocol to effect location information.

19. A method according claim 1 wherein the electronic portable device is a cell phone, PDA or navigation system in an automobile.

21. The method of claim 1, further permitting the defining of more than one area.

23. A method of claim 1, wherein the electronic portable device is provided with a GPS receiver and includes the ability to communicate selectively by at least one of wireless, WiFi and short radio range, selectively by Bluetooth protocol to effect location information.

| Row | Claim Element | *Contention* |
|---|---|---|
| 1.0 | A method of providing a location-based service by wirelessly communicating with a user having a portable electronic wireless device comprising | *Parking Guidance Systems performs a method of providing a location-based service ["parking availability information"] by wirelessly communicating with a user having a portable electronic wireless device [“smartphone executing the ParkZen application"].*<br><br>*Parking Guidance Systems provides the ParkZen mobile application, which is installed on a user's smartphone associated with a user operating a vehicle. The smartphone executing the ParkZen application ("portable electronic wireless device") wirelessly exchanges parking-related information with the ParkZen server/API to provide location-specific parking services at various locations, including colleges, shopping malls, large retailers, mobility/transportation providers, sports venues, and other participating facilities.*<br><br>*Upon installation, the ParkZen application requests the smartphone's Location Permission, enabling the application to continuously determine the smartphone's GPS location. While the user is driving, the ParkZen application continuously monitors the smartphone's Bluetooth connection with the user's vehicle together with the smartphone's motion and activity data to detect parking events, such as when the user parks or vacates a parking space. Upon detecting a parking event, the smartphone wirelessly communicates parking availability information to the ParkZen server/API, where parking information received from multiple drivers is aggregated to determine parking availability within the applicable geographical region.*<br><br>*As the smartphone is located within the applicable geographical region, the ParkZen server/API evaluates parking availability corresponding to the smartphone's current location and wirelessly communicates location-specific parking information to the ParkZen application. When a recently available parking space is identified nearby, the ParkZen server/API wirelessly transmits a push notification (e.g., "Open spots nearby") to the smartphone, enabling the ParkZen application to display nearby available parking locations on the digital map and provide navigation to the available parking space.*<br><br>*Specification (’531 Patent, col. 6:18–27), “A transponder can be mounted, attached, manufactured, or otherwise included upon/in various articles or entities. Such articles or entities may include vehicles, aircraft, cargo, persons, animals, or any other item where tracking its movement and/or location is beneficial. Within the context of the tracking system, the transponder works to collect, process, and communicate information about the article or entity to which the transponder is attached. Furthermore, when requested, the transponder can issue various commands and instructions to the local article or entity.”* |




<*https://parkingguidancesystems.com/*> *2026*

Parking Guidance Systems, LLC (PGS), the U.S. leader in custom parking technologies, has announced a strategic merger with INDECT Electronics & Distribution GmbH (INDECT) and ParkZen. As the lead company in the merger, PGS is expanding beyond its U.S. base to deliver comprehensive parking solutions internationally. The combined business brings together INDECT's world-class hardware, ParkZen's agile software, and PGS's proven execution in large-scale deployments, establishing the industry's most complete parking technology company.

<*https://parkingguidancesystems.com/parking-guidance-systems-indect-parkzen-merger/*> *2026*

The portfolio of PGS solutions is also elevated by its recent acquisition of ParkZen, a parking intelligence software development company based in Baton Rouge, Louisiana. ParkZen's pioneering smartphone app leverages crowdsourcing and proprietary algorithms to deliver real-time data and parking software intelligence that empowers parking operators to make better decisions for their operations and to provide parkers with real-time availability — with or without hardware. The platform also streamlines payment processing and offers advanced permission management tools for owners and permit holders, creating a frictionless and powerful offering. Prior to the acquisition, PGS had partnered with ParkZen on a number of projects in the United States, including user wayfinding apps as well as lot management software.

<*https://parkingguidancesystems.com/parking-guidance-systems-indect-parkzen-merger/*> *2026*

PGS works with developers to create apps that integrate specifically with each client's parking system to offer features that put the power of easy parking in customers' hands.

- App is compatible with iPhone and Android technology
- Remote kiosks near parking entrance make app functions available to customers without smartphones
- Notify customers of available parking before they arrive

<*https://parkingguidancesystems.com/*> *2026*

| | | |
|---|---|---|
| | | **ParkZen: Find, Park, Go!**<br>ParkZen<br>3.4★ 28 reviews · 1K+ Downloads<br>Install · Share<br>This app is available for your device<br><*https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US*> *2026*<br>By tapping into the power of your user-base you can help your customers or employees find parking more efficiently, save time and offer a better overall user-experience while increasing your user engagement. Furthermore, your business will be provided with smart/AI parking analytics that can help you optimize your daily operations and prepare for future events by gaining profit-enhancing insights on your parking dynamics without the need to install expensive hardware.<br><br>Examples of entities with existing smartphone apps that can benefit from our parking intelligence include colleges, shopping malls, large retailers, mobility/transportation providers, sports venues and more!<br><*https://www.parkzenapp.com/features*> *2026*<br>ParkZen has joined Parking Guidance Systems (PGS), uniting advanced mobile parking intelligence with leading hardware and software innovations. Read the full announcement on the PGS site.<br><br>**Hardware-Free Parking Intelligence**<br>**We are on a mission to offer the most innovative parking solution**<br><br>Help your community locate available parking in real-time and optimize your daily parking operations without the need to install and maintain any hardware.<br><br>Tap into the power of your existing organization's smartphone app user-base with a simple ParkZen API integration or by promoting the standalone ParkZen iOS and Android apps to your community and gain access to our proprietary smart crowdsourcing technology for parking guidance.<br><br>Real-time parking availability is provided for all parking lots and garages located within your premises and can work as a supplement to any of your existing systems.<br><br>Start with a completely free trial period and continue with minimal usage costs onward.<br><br>With ParkZen, you can transform day-to-day parking into a community engagement tool and get direct feedback from your user-base.<br><*https://www.parkzenapp.com/*> *2026* |




<*https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US*> *2026*




<*https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US*> *2026*

| | | |
|---|---|---|
| | |  <br><*[https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US](https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US)*> *2026* |




# Multiple Garage Guidance

For busy areas where multiple destinations are close together, our mobile app shows and leads drivers to the garage entry closest to their destination.

Easy to use and accommodates all hand-held devices, making our app the right choice for everyone.

*< https://parkingguidancesystems.com/my-product/mobile-application/> 2026*




<*https://www.youtube.com/watch?v=F65KNGME8MY, at 0:07*>




<*https://www.youtube.com/watch?v=F65KNGME8MY, at 0:14*>




<*https://www.youtube.com/watch?v=F65KNGME8MY, at 0:18*>




<*https://www.youtube.com/watch?v=F65KNGME8MY, at 0:23*>

***portable electronic wireless device***

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

*<https://www.parkzenapp.com/faq> 2026*

## How accurate are the parking lot occupancies reported by ParkZen?

ParkZen uses statistical methods and machine learning to calculate parking lot occupancies based on the number of ParkZen users that historically park in a serviced parking facility. As such, the higher the number of users parked, the more accurate the occupancy estimates. Our testing has shown that parking lot occupancies can be estimated within a 4-8% accuracy for lots where about a third of the parking spots are utilized by our users, which is great considering that we offer this information for all lots and garages within our clients premises where the installation of hardware-based systems would be too expensive and impractical.

*<https://www.parkzenapp.com/faq> 2026>*

***location-based service by wirelessly communicating***

| | | |
|---|---|---|
| | | <br><*[https://www.youtube.com/watch?v=F65KNGME8MY](https://www.youtube.com/watch?v=F65KNGME8MY), at 0:40*><br><br><br><*[https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf](https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf), page 1*> |
| 1.1 | programming a computing device at a control center to define a geographical zone by creating an area on a pixilated image, wherein said area is representative of a geographical zone, | *Parking Guidance Systems performs the step of programming a computing device ["ParkZen server/API"] at a control center ["ParkZen parking management platform"] to define a geographical zone ["pre-defined geographical region"] by creating an area on a pixilated image ["digital map displayed in the ParkZen application"], wherein said area is representative of a geographical zone ["parking garage, parking lot, college campus, shopping mall, sports venue, or other participating facility"].*<br><br>*The ParkZen parking management platform ("control center") operates the ParkZen server/API ("computing device") to continuously receive and process parking information collected from smartphones of multiple users. Based on the received location information, the ParkZen server/API determines parking availability within pre-defined geographical regions corresponding to participating parking facilities, including parking garages, parking lots, college campuses, shopping malls, sports venues, and other participating locations.*<br><br>*The ParkZen server/API identifies the applicable geographical region corresponding to the* |

*user's current location and wirelessly provides the associated parking location information to the ParkZen application. Using the received parking location information, the ParkZen application displays the applicable parking region on a digital map ("pixilated image"), wherein the displayed area corresponds to the real-world geographical region in which parking availability is determined.*

*Specification ('531 Patent, col. 7:56–64)," Configurable boundaries or geographical zones can also be used and are configurable to any shape the user desires. For example, the boundary or zone can trace the border of a state line or trace the route of a selected highway or path. The boundary or zone can trace the border of the premises of a school zone, a no-fly zone, a city, etc. The boundary or zone can also be a geometric shape or non-geometric shape. A further benefit of the present disclosure is that the transponder can be updated and configured locally or over-the-air."*

*Specification ('531 Patent, col. 14: 61– col. 15: 5)," Next, the transponder105 assigns each coordinate to a pixel in a pixilated image that is loaded in the transponder 105. In order to perform the assignment, the transponder 105 utilizes logic to define a "bounding" square or box around the plurality of coordinates. Then the bounding box is pixilated and the pixels where the coordinates falls are marked as activated. Once the pixels for each coordinate are assigned, lines are extended from one pixel to the next so as to form an enclosed area in the pixilated image. The pixels the lie in the path of the lines between the activated pixels are also activated. Thus an enclosed and contiguous line of pixels is formed."*




*<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026*




*<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:23>*

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

*<https://www.parkzenapp.com/faq> 2026*

***pixilated image***



<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> *2026*




<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> *2026*




<https://www.youtube.com/watch?v=F65KNGME8MY, *at 0:40*>

| | | |
|---|---|---|
| | | <br>*<[https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf](https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf), page 1>* |

| | | |
|---|---|---|
| | | <br><br>**Multiple Garage Guidance**<br><br>For busy areas where multiple destinations are close together, our mobile app shows and leads drivers to the garage entry closest to their destination.<br><br>Easy to use and accommodates all hand-held devices, making our app the right choice for everyone.<br><br>< *https://parkingguidancesystems.com/my-product/mobile-application/*> *2026* |
| 1.2 | loading a portable electronic wireless device with data that can be associated with a plurality of pre-defined | *Parking Guidance Systems performs the step of loading a portable electronic wireless device ["smartphone executing the ParkZen application"] with data ["parking location information corresponding to available parking locations"] that can be associated with a plurality of pre-defined zones of the area ["pre-defined geographical regions including parking garages, parking lots, college campuses, shopping malls, sports venues, and other participating facilities"].*<br><br>*The ParkZen parking management platform continuously determines parking availability within multiple pre-defined geographical regions and wirelessly communicates parking availability information corresponding to the user's current location to the smartphone* |

| | | |
|---|---|---|
| | zones of the area, and | *executing the ParkZen application ("portable electronic wireless device").*<br><br>*To identify nearby parking availabilities and generate location-specific parking notifications, the ParkZen application receives parking location information associated with the applicable geographical region from the ParkZen server/API and stores the received information in the smartphone memory for subsequent processing and display. The received information includes parking locations corresponding to multiple participating parking facilities, including parking garages, parking lots, college campuses, shopping malls, sports venues, and other participating facilities, thereby loading the portable electronic wireless device with data that can be associated with a plurality of pre-defined zones of the area.*<br><br>*Specification ('531 Patent, col. 7:62–64), "A further benefit of the present disclosure is that all the configurations to the transponder 105 can be done locally or over-the-air."*<br><br>***loading a portable electronic wireless device with data***<br><br><https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> *2026* |




<[https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US](https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US)> *2026*

***pre-defined zones of the area***




<[https://www.youtube.com/watch?v=F65KNGME8MY](https://www.youtube.com/watch?v=F65KNGME8MY), *at 0:40*>

| | | |
|---|---|---|
| | | <br><br>*<[https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf](https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf), page 1>* |

| | | |
|---|---|---|
| | | <br>*< [https://parkingguidancesystems.com/my-product/mobile-application/](https://parkingguidancesystems.com/my-product/mobile-application/)> 2026* |
| 1.3 | sending a command from the control center to the portable electronic device to execute a configurable operation upon | *Parking Guidance Systems performs the step of sending a command from the control center ["ParkZen parking management platform"] to the portable electronic wireless device ["smartphone executing the ParkZen application"] to execute a configurable operation ["displaying the parking notification, displaying nearby available parking locations on the digital map, and enabling navigation to the available parking space"] upon receiving a command ["push notification (e.g., 'Open spots nearby')"], the command being associated with the location of the portable electronic wireless device in relation to the geographical zone ["pre-defined geographical region"].*<br><br>*The ParkZen parking management platform ("control center") continuously monitors and* |

<table>
<tr>
<td></td>
<td>receiving a command, the command being associated the location of the portable electronic device in relation to the geographical zone, and</td>
<td>

*evaluates parking availability within pre-defined geographical regions using parking information aggregated from multiple drivers. Based on this evaluation, the ParkZen parking management platform determines when the user's smartphone is located within a geographical region in which a recently available parking space has been identified.*

*The ParkZen parking management platform wirelessly transmits a push notification (e.g., "Open spots nearby") through the ParkZen server/API to the user's smartphone executing the ParkZen application. Upon receiving the push notification, the ParkZen application executes configurable operations including displaying the parking notification, displaying nearby available parking locations on the digital map, and enabling navigation to the available parking space. The transmitted command is generated based on the smartphone's current GPS location relative to the applicable pre-defined geographical region, thereby sending a command from the control center to the portable electronic wireless device to execute a configurable operation, wherein the command is associated with the location of the portable electronic wireless device in relation to the geographical zone.*




<*https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US*> *2026*




<*https://www.youtube.com/watch?v=F65KNGME8MY, at 0:23*>

</td>
</tr>
</table>

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

*<https://www.parkzenapp.com/faq> 2026*

***location of the portable electronic device in relation to the geographical zone***



| | | |
|---|---|---|
| | | <https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026 |




<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026

***Command***




<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:40>

| | | |
|---|---|---|
| | | <br>*<[https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf](https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf), page 1>* |

| | | |
|---|---|---|
| | | <br><br>**Multiple Garage Guidance**<br>For busy areas where multiple destinations are close together, our mobile app shows and leads drivers to the garage entry closest to their destination.<br>Easy to use and accommodates all hand-held devices, making our app the right choice for everyone.<br>*< https://parkingguidancesystems.com/my-product/mobile-application/> 2026* |
| 1.4 | the command including instructions to the portable electronic device to cause said device to present an offer or a | *Parking Guidance Systems performs the step of the command ["push notification (e.g., 'Open spots nearby')"] including instructions to the portable electronic wireless device to cause said device to present an offer or a service ["parking guidance service"] to the user of the portable electronic wireless device ["smartphone executing the ParkZen application"] when the portable electronic wireless device is located in the area.*<br><br>*The ParkZen parking management platform continuously evaluates parking availability within pre-defined geographical regions using parking information aggregated from multiple drivers. When the user's smartphone is determined to be located within a* |

| | | |
|---|---|---|
| | service to the user of the portable electronic wireless device when the portable device is located in the area. | *geographical region in which a recently available parking space has been identified, the ParkZen parking management platform generates and wirelessly transmits a push notification (e.g., "Open spots nearby") to the user's smartphone executing the ParkZen application.*<br><br>*Upon receiving the push notification, the ParkZen application displays the parking guidance service, presenting nearby available parking locations on the digital map, and enables navigation to the available parking space. The transmitted push notification therefore includes instructions that cause the smartphone to present the parking guidance service to the user when the smartphone is located within the applicable geographical region.*<br><br><br>*<[https://www.youtube.com/watch?v=F65KNGME8MY](https://www.youtube.com/watch?v=F65KNGME8MY), at 0:23>* |

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

<*https://www.parkzenapp.com/faq*> *2026*



<*https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US*> *2026*




<*https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US*> *2026*

***Command***




<*https://www.youtube.com/watch?v=F65KNGME8MY*, *at 0:40*>

| | | |
|---|---|---|
| | | <br>*<[https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf](https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf), page 1>* |
| 2. | The method of claim 1, wherein the service to the user is based upon movement of the entity. | *Parking Guidance Systems performs the method of claim 1, wherein the service to the user is based upon movement of the entity.*<br><br>*The ParkZen application continuously monitors the smartphone's Bluetooth connection with the user's vehicle together with the smartphone's motion and activity data to determine whether the associated vehicle ("entity") is moving, approaching a parking location, or leaving a parking space. Upon detecting movement of the vehicle, the ParkZen application wirelessly communicates parking information to the ParkZen parking management platform, where parking information received from multiple drivers is aggregated to determine parking availability within the applicable geographical region.*<br><br>*As the vehicle moves into or through a pre-defined geographical region, the ParkZen parking management platform evaluates parking availability corresponding to the vehicle's current location and wirelessly provides the parking guidance service by transmitting location-specific parking notifications (e.g., "Open spots nearby"), displaying nearby available parking locations on the digital map, and enabling navigation to the available parking space.*<br><br>***service to the user is based upon movement of the entity*** |




<*https://www.youtube.com/watch?v=F65KNGME8MY*, *at 0:23*>

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

<*https://www.parkzenapp.com/faq*> *2026*

| | | |
|---|---|---|
| | | <br><*[https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US](https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US)*> *2026*<br><br><*[https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US](https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US)*> *2026* |
| 3. | The method of claim 1, wherein service to the user is based upon position of the entity. | *Parking Guidance Systems performs the method of claim 1, wherein the service to the user is based upon entity.*<br><br>*Upon installation, the ParkZen application request's location permission and continuously determines the smartphone's GPS location. Parking availability is evaluated relative to the smartphone's current location within pre-defined geographical regions. Accordingly, the status of the associated vehicle is determined based upon its position relative to the* |

*applicable geographical region.*

***service to the user is based upon position of the entity***




<*https://www.youtube.com/watch?v=F65KNGME8MY*, *at 0:23*>

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

<*https://www.parkzenapp.com/faq*> *2026*

| | | |
|---|---|---|
| | | <br>*<[https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US](https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US)> 2026* |
| 4. | The method of claim 1, wherein the service to the user is based upon non-movement of the entity. | *Parking Guidance Systems performs the method of claim 1, wherein the service to the user is based upon movement of the entity.*<br><br>*The ParkZen application continuously monitors the smartphone's Bluetooth connection with the user's vehicle together with the smartphone's motion and activity data to detect parking events, including when the associated vehicle has stopped and is parked. Upon detecting that the vehicle is no longer moving, the ParkZen application wirelessly communicates parking information to the ParkZen parking management platform, where the reported parking event is aggregated with parking information received from other drivers to determine parking availability within the applicable geographical region.*<br><br>*Detection of a parked vehicle corresponds to a non-moving state of the associated vehicle. Based on this detected non-movement, the ParkZen parking management platform updates parking availability and subsequently provides the parking guidance service to other users by transmitting location-specific parking notifications, displaying nearby available parking locations on the digital map, and enabling navigation to the available parking space.*<br><br>***service to the user is based upon non-movement of the entity*** |

| | | |
|---|---|---|
| | |   <br> <https://www.youtube.com/watch?v=F65KNGME8MY, at 0:23> <br> ## How accurate are the parking spots found by the ParkZen API? <br> ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy. <br> ## Does running the ParkZen API drain the phone battery? <br> ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%! <br> <https://www.parkzenapp.com/faq> 2026 |

| | | |
|---|---|---|
| | | <br><*https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US*> *2026* |
| 7. | The method of claim 1, wherein the portable electronic device is wirelessly configurable using a wireless communications network. | *Parking Guidance Systems performs the method of claim 1, wherein the portable electronic device is wirelessly configurable using a wireless communications network.*<br><br>*The smartphone executing the ParkZen application is wirelessly configured through communication with the ParkZen servers over a wireless communications network. Upon installation, the application request's location permission and subsequently receives parking availability information, push notifications, and other location-based parking information from the ParkZen system over the wireless network, thereby configuring the application's operation without requiring a wired connection.*<br><br>***Wireless communication network***<br><br><*https://www.youtube.com/watch?v=F65KNGME8MY, at 0:23*> |

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

<*https://www.parkzenapp.com/faq*> *2026*




<*https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US*> *2026*

| | | |
|---|---|---|
| | | <br><br><*https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US*> *2026*<br><br>***Command***<br><br><br><*https://www.youtube.com/watch?v=F65KNGME8MY*, *at 0:40*> |

| | | |
|---|---|---|
| | | <br>*<[https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf](https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf), page 1>* |
| 13. | The method of claim 1, further comprising communicating at least one event message between the portable electronic device and a central computer using a communications network, the at least one event message including data representative of the occurrence of the event. | *Parking Guidance Systems performs the method of claim 1, further comprising communicating at least one event message between the portable electronic device and a central computer using a communications network, the at least one event message including data representative of the occurrence of the event.*<br><br>*Upon detecting a parking event, such as when the user parks or vacates a parking space, the ParkZen application executing on the smartphone wirelessly communicates parking information to the ParkZen parking management platform (corresponding to the claimed "central computer") using a communications network. The transmitted parking information represents the occurrence of the detected parking event and is aggregated with parking information received from other drivers to determine parking availability.* |

| | | |
|---|---|---|
| | | <br><br>**Multiple Garage Guidance**<br>For busy areas where multiple destinations are close together, our mobile app shows and leads drivers to the garage entry closest to their destination.<br>Easy to use and accommodates all hand-held devices, making our app the right choice for everyone.<br>*< [https://parkingguidancesystems.com/my-product/mobile-application/](https://parkingguidancesystems.com/my-product/mobile-application/)> 2026*<br><br><br>*<[https://www.youtube.com/watch?v=F65KNGME8MY](https://www.youtube.com/watch?v=F65KNGME8MY), at 0:14>* |
| 9. | The method of claim 8, wherein the communications network is a | *Parking Guidance Systems performs the method of claim 8, wherein the communications network is a cellular communications network, satellite communications network, short range radio, or a short message service network.* |

| | | |
|---|---|---|
| | cellular communications network, satellite communications network, short range radio or a short message service network. | *The ParkZen application communicates parking information and receives parking availability updates and push notifications over the smartphone's wireless communications network. The application additionally monitors the smartphone's Bluetooth connection with the user's vehicle, which corresponds to a short-range wireless radio communication.*<br><br>**How accurate are the parking spots found by the ParkZen API?**<br><br>ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.<br><br>**Does running the ParkZen API drain the phone battery?**<br><br>ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!<br><br><*https://www.parkzenapp.com/faq*> *2026* |
| 11. | The method of claim 8, wherein the communications network is a cellular communications network, satellite communications network, short range radio, | *Parking Guidance Systems performs the method of claim 8, wherein the communications network is a cellular communications network, satellite communications network, short range radio, wireless network or a short message service network.*<br><br>*The ParkZen application communicates parking information and receives parking availability updates and push notifications over the smartphone's wireless communications network. The application additionally monitors the smartphone's Bluetooth connection with the user's vehicle, which corresponds to a short-range wireless radio communication and the smartphone's Internet connectivity corresponds to a wireless communications network used for exchanging parking information with the ParkZen parking management* |

| | | |
|---|---|---|
| | wireless network or a short message service network. | *platform.*<br><br>**How accurate are the parking spots found by the ParkZen API?**<br><br>ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.<br><br>**Does running the ParkZen API drain the phone battery?**<br><br>ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!<br><br><https://www.parkzenapp.com/faq> *2026* |
| 16. | The method of claim 1 wherein a the service is offered to the user when within the geographical zone, the service being an availability of an event. | *Parking Guidance Systems performs the method of claim 1, wherein a the service is offered to the user when within the geographical zone, the service being an availability of an event.*<br><br>*The ParkZen application continuously determines the smartphone's location and evaluates parking availability within the corresponding geographical region. When the smartphone is located within a geographical region in which recently available parking spaces have been detected, the ParkZen parking management platform provides the parking availability service by wirelessly transmitting location-based parking notifications (e.g., "Open spots nearby") and displaying nearby available parking spaces on the application's digital map. The identified parking availability corresponds to the claimed availability of an event offered to the user within the geographical zone.* |




*<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:23>*

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

*<https://www.parkzenapp.com/faq> 2026*




*<[https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US](https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US)> 2026*




*<[https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US](https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US)> 2026*

***Command***

| | | |
|---|---|---|
| | | <br>*<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:40>*<br><br><br>*<https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf, page 1>* |
| 18. | A method of claim 1 wherein the electronic portable device, is provided with a GPS receiver and includes the ability to communicate wirelessly, and by short radio range, selectively by Bluetooth | *Parking Guidance Systems performs the method of claim 1, wherein the electronic portable device, is provided with a GPS receiver and includes the ability to communicate wirelessly, and by short radio range, selectively by Bluetooth protocol to effect location information.*<br><br>*The ParkZen application is installed on the user's smartphone ("electronic portable device"), which is equipped with a built-in GPS receiver and wireless communication capabilities. Upon installation, the ParkZen application requests the smartphone's Location Permission and continuously determines the smartphone's GPS location to identify the user's current position within participating geographical regions, including parking garages, parking lots, college campuses, shopping malls, sports venues, and other participating facilities.*<br><br>*While the user is driving, the ParkZen application continuously monitors the smartphone's Bluetooth connection with the user's vehicle together with the smartphone's motion and activity data to detect parking events, such as when the user parks or vacates a parking space. The smartphone wirelessly communicates parking event information and location* |

| | | |
|---|---|---|
| | protocol to effect location information. | *information to the ParkZen parking management platform over the smartphone's wireless communications network, while the Bluetooth connection provides a short-range radio communication between the smartphone and the associated vehicle.*<br><br>**How accurate are the parking spots found by the ParkZen API?**<br><br>ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.<br><br>**Does running the ParkZen API drain the phone battery?**<br><br>ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!<br><br><https://www.parkzenapp.com/faq> *2026* |

| | | |
|---|---|---|
| | | <br>*<[https://www.youtube.com/watch?v=F65KNGME8MY](https://www.youtube.com/watch?v=F65KNGME8MY), at 0:23>* |
| 19. | A method according claim 1 wherein the electronic portable device is a cell phone, PDA or navigation system in an automobile. | *Parking Guidance Systems performs the method of claim 1, wherein the electronic portable device is a cell phone, PDA or navigation system in an automobile.*<br><br>*The ParkZen application is installed on and executes on the user's smartphone ("electronic portable device"), which serves as the primary device for receiving parking availability information, determining the user's GPS location, communicating with the ParkZen parking management platform, and monitoring the Bluetooth connection with the user's vehicle. The smartphone wirelessly exchanges parking-related information with the ParkZen server/API and presents location-specific parking guidance services to the user through the ParkZen application.*<br><br>*Upon installation, the ParkZen application requests the smartphone's Location Permission and continuously determines the smartphone's GPS location. While the user is driving, the smartphone communicates parking information with the ParkZen parking management platform and receives parking availability notifications, nearby available parking locations, and navigation guidance.* |




<[https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US](https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US)> *2026*




<[https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US](https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US)> *2026*




# Multiple Garage Guidance

For busy areas where multiple destinations are close together, our mobile app shows and leads drivers to the garage entry closest to their destination.

Easy to use and accommodates all hand-held devices, making our app the right choice for everyone.

< *https://parkingguidancesystems.com/my-product/mobile-application/*> *2026*

| | | |
|---|---|---|
| | | <br><*[https://www.youtube.com/watch?v=F65KNGME8MY](https://www.youtube.com/watch?v=F65KNGME8MY), at 0:23*> |
| 21. | The method of claim 1, further permitting the defining of more than one area. | *Parking Guidance Systems performs the method of claim 1, further permitting the defining of more than one area.*<br><br>*The ParkZen parking management platform continuously determines parking availability across multiple participating parking facilities and organizes parking information according to their respective pre-defined geographical regions. These geographical regions include parking garages, parking lots, college campuses, shopping malls, sports venues, large retailers, mobility/transportation providers, and other participating facilities, each representing a separate geographical area in which parking availability is evaluated.*<br><br>*As the user travels between participating locations, the ParkZen server/API identifies the applicable geographical region corresponding to the smartphone's current location and wirelessly provides parking information associated with that region to the ParkZen application. The application displays the corresponding parking area on the digital map and dynamically updates the displayed parking information as the smartphone enters different participating geographical regions.* |

| | | |
|---|---|---|
| | | <br>ParkZen has joined Parking Guidance Systems (PGS), uniting advanced mobile parking intelligence with leading hardware and software innovations. Read the full announcement on the PGS site.<br>**Hardware-Free Parking Intelligence**<br>**We are on a mission to offer the most innovative parking solution**<br>Help your community locate available parking in real-time and optimize your daily parking operations without the need to install and maintain any hardware.<br>Tap into the power of your existing organization's smartphone app user-base with a simple ParkZen API integration or by promoting the standalone ParkZen iOS and Android apps to your community and gain access to our proprietary smart crowdsourcing technology for parking guidance.<br>Real-time parking availability is provided for all parking lots and garages located within your premises and can work as a supplement to any of your existing systems.<br>Start with a completely free trial period and continue with minimal usage costs onward.<br>With ParkZen, you can transform day-to-day parking into a community engagement tool and get direct feedback from your user-base.<br><https://www.parkzenapp.com/> *2026*<br><br><br><https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> *2026* |

| | | |
|---|---|---|
| | | <br><br>**Multiple Garage Guidance**<br>For busy areas where multiple destinations are close together, our mobile app shows and leads drivers to the garage entry closest to their destination.<br>Easy to use and accommodates all hand-held devices, making our app the right choice for everyone.<br>< *https://parkingguidancesystems.com/my-product/mobile-application/*> *2026* |

| | | |
|---|---|---|
| | | <br><*[https://www.youtube.com/watch?v=F65KNGME8MY](https://www.youtube.com/watch?v=F65KNGME8MY), at 0:07*> |
| 23. | A method of claim 1, wherein the electronic portable device is provided with a GPS receiver and includes the ability to communicate selectively by at least one of wireless, WiFi and short radio range, selectively by Bluetooth protocol to effect location information. | *Parking Guidance Systems performs the method of claim 1, wherein the electronic portable device is provided with a GPS receiver and includes the ability to communicate selectively by at least one of wireless, WiFi and short radio range, selectively by Bluetooth protocol to effect location information.*<br><br>*The ParkZen application is installed on the user's smartphone ("electronic portable device"), which is equipped with a built-in GPS receiver and wireless communication capabilities. Upon installation, the ParkZen application requests the smartphone's Location Permission and continuously determines the smartphone's GPS location to identify the user's current position within participating parking facilities, including parking garages, parking lots, college campuses, shopping malls, sports venues, and other participating geographical regions.*<br><br>*While the user is driving, the ParkZen application continuously monitors the smartphone's Bluetooth connection with the user's vehicle together with the smartphone's motion and activity data to detect parking events, such as when the user parks or vacates a parking space. The smartphone communicates parking event information and receives parking availability updates through the smartphone's wireless communications network, which may include cellular or Wi-Fi connectivity depending on the available network connection. The Bluetooth connection provides short-range radio communication between the smartphone and the associated vehicle to determine parking events and effect location information.* |

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

*<https://www.parkzenapp.com/faq> 2026*




*<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:23>*

Claims

26. A method of providing a location-based service by wirelessly communicating with a user having a portable electronic wireless device comprising

> programming a computing device at a control center to define a geographical zone by creating an area on a pixilated image wherein said area is representative of the geographical zone,
>
> loading a portable electronic wireless device with data that can be associated with the area, and
>
> sending a command from the control center to the portable electronic wireless device to execute a configurable operation upon receiving the command, the command being associated with the location of the portable electronic device in relation to the geographical zone, and the command including instructions to the portable electronic device to cause said device to present an offer or a service to the user of the portable electronic wireless device when the portable device is located in the area.

| Row | Claim Element | Contention |
|---|---|---|
| 26.0 | A method of providing a location-based service by wirelessly communicating with a user having a portable electronic wireless device comprising | *Parking Guidance Systems performs a method of providing a location-based service ["parking availability information"] by wirelessly communicating with a user having a portable electronic wireless device [“smartphone executing the ParkZen application"].*<br><br>*Parking Guidance Systems provides the ParkZen mobile application, which is installed on a user's smartphone associated with a user operating a vehicle. The smartphone executing the ParkZen application ("portable electronic wireless device") wirelessly exchanges parking-related information with the ParkZen server/API to provide location-specific parking services at various locations, including colleges, shopping malls, large retailers, mobility/transportation providers, sports venues, and other participating facilities.*<br><br>*Upon installation, the ParkZen application requests the smartphone's Location Permission, enabling the application to continuously determine the smartphone's GPS location. While the user is driving, the ParkZen application continuously monitors the smartphone's Bluetooth connection with the user's vehicle together with the smartphone's motion and activity data to detect parking events, such as when the user parks or vacates a parking space. Upon detecting a parking event, the smartphone wirelessly communicates parking availability information to the ParkZen server/API, where parking information received from multiple drivers is aggregated to determine parking availability within the applicable geographical region.*<br><br>*As the smartphone is located within the applicable geographical region, the ParkZen server/API evaluates parking availability corresponding to the smartphone's current location and wirelessly communicates location-specific parking information to the ParkZen application. When a recently available parking space is identified nearby, the ParkZen server/API wirelessly transmits a push notification (e.g., "Open spots nearby") to the smartphone, enabling the ParkZen application to display nearby available parking locations on the digital map and provide navigation to the available parking space.*<br><br>*Specification (’531 Patent, col. 6:18–27), “A transponder can be mounted, attached, manufactured, or otherwise included upon/in various articles or entities. Such articles or entities may include vehicles, aircraft, cargo, persons, animals, or any other item where tracking its movement and/or location is beneficial. Within the context of the tracking system, the transponder works to collect, process, and communicate information about the article or entity to which the transponder is attached. Furthermore, when requested, the transponder can issue various commands and instructions to the local article or entity.”* |




<*[https://parkingguidancesystems.com/](https://parkingguidancesystems.com/)*> *2026*

Parking Guidance Systems, LLC (PGS), the U.S. leader in custom parking technologies, has announced a strategic merger with INDECT Electronics & Distribution GmbH (INDECT) and ParkZen. As the lead company in the merger, PGS is expanding beyond its U.S. base to deliver comprehensive parking solutions internationally. The combined business brings together INDECT's world-class hardware, ParkZen's agile software, and PGS's proven execution in large-scale deployments, establishing the industry's most complete parking technology company.

<*[https://parkingguidancesystems.com/parking-guidance-systems-indect-parkzen-merger/](https://parkingguidancesystems.com/parking-guidance-systems-indect-parkzen-merger/)*> *2026*

The portfolio of PGS solutions is also elevated by its recent acquisition of ParkZen, a parking intelligence software development company based in Baton Rouge, Louisiana. ParkZen's pioneering smartphone app leverages crowdsourcing and proprietary algorithms to deliver real-time data and parking software intelligence that empowers parking operators to make better decisions for their operations and to provide parkers with real-time availability — with or without hardware. The platform also streamlines payment processing and offers advanced permission management tools for owners and permit holders, creating a frictionless and powerful offering. Prior to the acquisition, PGS had partnered with ParkZen on a number of projects in the United States, including user wayfinding apps as well as lot management software.

<*[https://parkingguidancesystems.com/parking-guidance-systems-indect-parkzen-merger/](https://parkingguidancesystems.com/parking-guidance-systems-indect-parkzen-merger/)*> *2026*




<*[https://parkingguidancesystems.com/](https://parkingguidancesystems.com/)*> *2026*

## ParkZen: Find, Park, Go!

ParkZen

3.4★ 28 reviews | 1K+ Downloads

Install | Share | Add to wishlist

This app is available for your device

*<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026*

By tapping into the power of your user-base you can help your customers or employees find parking more efficiently, save time and offer a better overall user-experience while increasing your user engagement. Furthermore, your business will be provided with smart/AI parking analytics that can help you optimize your daily operations and prepare for future events by gaining profit-enhancing insights on your parking dynamics without the need to install expensive hardware.

Examples of entities with existing smartphone apps that can benefit from our parking intelligence include colleges, shopping malls, large retailers, mobility/transportation providers, sports venues and more!

*<https://www.parkzenapp.com/features> 2026*

ParkZen has joined Parking Guidance Systems (PGS), uniting advanced mobile parking intelligence with leading hardware and software innovations. Read the full announcement on the PGS site.

# Hardware-Free Parking Intelligence

**We are on a mission to offer the most innovative parking solution**

Help your community locate available parking in real-time and optimize your daily parking operations without the need to install and maintain any hardware.

Tap into the power of your existing organization's smartphone app user-base with a simple ParkZen API integration or by promoting the standalone ParkZen iOS and Android apps to your community and gain access to our proprietary smart crowdsourcing technology for parking guidance.

Real-time parking availability is provided for all parking lots and garages located within your premises and can work as a supplement to any of your existing systems.

Start with a completely free trial period and continue with minimal usage costs onward.

With ParkZen, you can transform day-to-day parking into a community engagement tool and get direct feedback from your user-base.

*<https://www.parkzenapp.com/> 2026*

| | | |
|---|---|---|
| | | <br><br><https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> *2026*<br><br><br><https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> *2026* |

| | | |
|---|---|---|
| | | <br>*<[https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US](https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US)> 2026* |




# Multiple Garage Guidance

For busy areas where multiple destinations are close together, our mobile app shows and leads drivers to the garage entry closest to their destination.

Easy to use and accommodates all hand-held devices, making our app the right choice for everyone.

< *https://parkingguidancesystems.com/my-product/mobile-application/* > *2026*

| | | |
|---|---|---|
| | | <br><https://www.youtube.com/watch?v=F65KNGME8MY, *at 0:07*><br><br><https://www.youtube.com/watch?v=F65KNGME8MY, *at 0:14*> |




*<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:18>*




*<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:23>*

***portable electronic wireless device***

| | | |
|---|---|---|
| | | **How accurate are the parking spots found by the ParkZen API?**<br><br>ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.<br><br>**Does running the ParkZen API drain the phone battery?**<br><br>ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!<br><br>*<https://www.parkzenapp.com/faq> 2026*<br><br>**How accurate are the parking lot occupancies reported by ParkZen?**<br><br>ParkZen uses statistical methods and machine learning to calculate parking lot occupancies based on the number of ParkZen users that historically park in a serviced parking facility. As such, the higher the number of users parked, the more accurate the occupancy estimates. Our testing has shown that parking lot occupancies can be estimated within a 4-8% accuracy for lots where about a third of the parking spots are utilized by our users, which is great considering that we offer this information for all lots and garages within our clients premises where the installation of hardware-based systems would be too expensive and impractical.<br><br>*<https://www.parkzenapp.com/faq> 2026*<br><br>***location-based service by wirelessly communicating*** |

| | | |
|---|---|---|
| | | <br>*<https://www.youtube.com/watch?v=F65KNGME8MY>, at 0:40>*<br><br><br>*<https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf>, page 1>* |
| 26.1 | programming a computing device at a control center to define a geographical zone by creating an area on a pixilated image, wherein said area is representative of a geographical zone, | *Parking Guidance Systems performs the step of programming a computing device ["ParkZen server/API"] at a control center ["ParkZen parking management platform"] to define a geographical zone ["pre-defined geographical region"] by creating an area on a pixilated image ["digital map displayed in the ParkZen application"], wherein said area is representative of a geographical zone ["parking garage, parking lot, college campus, shopping mall, sports venue, or other participating facility"].*<br><br>*The ParkZen parking management platform ("control center") operates the ParkZen server/API ("computing device") to continuously receive and process parking information collected from smartphones of multiple users. Based on the received location information, the ParkZen server/API determines parking availability within pre-defined geographical regions corresponding to participating parking facilities, including parking garages, parking lots, college campuses, shopping malls, sports venues, and other participating locations.* |

*The ParkZen server/API identifies the applicable geographical region corresponding to the user's current location and wirelessly provides the associated parking location information to the ParkZen application. Using the received parking location information, the ParkZen application displays the applicable parking region on a digital map ("pixilated image"), wherein the displayed area corresponds to the real-world geographical region in which parking availability is determined.*

*Specification ('531 Patent, col. 7:56–64)," Configurable boundaries or geographical zones can also be used and are configurable to any shape the user desires. For example, the boundary or zone can trace the border of a state line or trace the route of a selected highway or path. The boundary or zone can trace the border of the premises of a school zone, a no-fly zone, a city, etc. The boundary or zone can also be a geometric shape or non-geometric shape. A further benefit of the present disclosure is that the transponder can be updated and configured locally or over-the-air."*

*Specification ('531 Patent, col. 14: 61– col. 15: 5)," Next, the transponder105 assigns each coordinate to a pixel in a pixilated image that is loaded in the transponder 105. In order to perform the assignment, the transponder 105 utilizes logic to define a "bounding" square or box around the plurality of coordinates. Then the bounding box is pixilated and the pixels where the coordinates falls are marked as activated. Once the pixels for each coordinate are assigned, lines are extended from one pixel to the next so as to form an enclosed area in the pixilated image. The pixels the lie in the path of the lines between the activated pixels are also activated. Thus an enclosed and contiguous line of pixels is formed."*




*<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026*




*<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:23>*

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

*<https://www.parkzenapp.com/faq> 2026*

***pixilated image***



*<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026*




*<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026*




*<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:40>*

| | | |
|---|---|---|
| | | <br><*[https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf](https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf), page 1*> |

| | | |
|---|---|---|
| | | <br><br>**Multiple Garage Guidance**<br>For busy areas where multiple destinations are close together, our mobile app shows and leads drivers to the garage entry closest to their destination.<br>Easy to use and accommodates all hand-held devices, making our app the right choice for everyone.<br>*< [https://parkingguidancesystems.com/my-product/mobile-application/](https://parkingguidancesystems.com/my-product/mobile-application/)> 2026* |
| 26.2 | loading a portable electronic wireless device with data that can be associated with the area, and | *Parking Guidance Systems performs the step of loading a portable electronic wireless device ["smartphone executing the ParkZen application"] with data ["parking location information corresponding to available parking locations"] that can be associated with the area ["pre-defined geographical regions including parking garages, parking lots, college campuses, shopping malls, sports venues, and other participating facilities"].*<br><br>*The ParkZen parking management platform continuously determines parking availability within multiple pre-defined geographical regions and wirelessly communicates parking availability information corresponding to the user's current location to the smartphone* |

*executing the ParkZen application ("portable electronic wireless device").*

*To identify nearby parking availabilities and generate location-specific parking notifications, the ParkZen application receives parking location information associated with the applicable geographical region from the ParkZen server/API and stores the received information in the smartphone memory for subsequent processing and display. The received information includes parking locations corresponding to multiple participating parking facilities, including parking garages, parking lots, college campuses, shopping malls, sports venues, and other participating facilities, thereby loading the portable electronic wireless device with data that can be associated with a plurality of pre-defined zones of the area.*

*Specification ('531 Patent, col. 7:62–64), "A further benefit of the present disclosure is that all the configurations to the transponder 105 can be done locally or over-the-air."*

***loading a portable electronic wireless device with data***




<*https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US*> *2026*

| | | |
|---|---|---|
| | | <br><br><*[https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US](https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US)*> *2026*<br><br>***pre-defined zones of the area***<br><br><br><*[https://www.youtube.com/watch?v=F65KNGME8MY](https://www.youtube.com/watch?v=F65KNGME8MY), at 0:40*> |

| | | |
|---|---|---|
| | |   <br><*[https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf](https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf), page 1*> |

| | | |
|---|---|---|
| | | <br><br>**Multiple Garage Guidance**<br>For busy areas where multiple destinations are close together, our mobile app shows and leads drivers to the garage entry closest to their destination.<br>Easy to use and accommodates all hand-held devices, making our app the right choice for everyone.<br>*< [https://parkingguidancesystems.com/my-product/mobile-application/](https://parkingguidancesystems.com/my-product/mobile-application/)> 2026* |
| 26.3 | sending a command from the control center to the portable electronic wireless device to execute a configurable operation upon | *Parking Guidance Systems performs the step of sending a command from the control center ["ParkZen parking management platform"] to the portable electronic wireless device ["smartphone executing the ParkZen application"] to execute a configurable operation ["displaying the parking notification, displaying nearby available parking locations on the digital map, and enabling navigation to the available parking space"] upon receiving the command ["push notification (e.g., 'Open spots nearby')"], the command being associated with the location of the portable electronic wireless device in relation to the geographical zone ["pre-defined geographical region"].*<br><br>*The ParkZen parking management platform ("control center") continuously monitors and* |

<table>
<tr>
<td></td>
<td>receiving the command, the command being associated with the location of the portable electronic device in relation to the geographical zone, and</td>
<td>

*evaluates parking availability within pre-defined geographical regions using parking information aggregated from multiple drivers. Based on this evaluation, the ParkZen parking management platform determines when the user's smartphone is located within a geographical region in which a recently available parking space has been identified.*

*The ParkZen parking management platform wirelessly transmits a push notification (e.g., "Open spots nearby") through the ParkZen server/API to the user's smartphone executing the ParkZen application. Upon receiving the push notification, the ParkZen application executes configurable operations including displaying the parking notification, displaying nearby available parking locations on the digital map, and enabling navigation to the available parking space. The transmitted command is generated based on the smartphone's current GPS location relative to the applicable pre-defined geographical region, thereby sending a command from the control center to the portable electronic wireless device to execute a configurable operation, wherein the command is associated with the location of the portable electronic wireless device in relation to the geographical zone.*




*<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026*




*<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:23>*

</td>
</tr>
</table>

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

*<https://www.parkzenapp.com/faq> 2026*

***location of the portable electronic device in relation to the geographical zone***



| | | |
|---|---|---|
| | | *<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026*   *<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026*<br><br>***Command***   *<https://www.youtube.com/watch?v=F65KNGME8MY>, at 0:40>* |

| | | |
|---|---|---|
| | | <br>*<[https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf](https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf), page 1>* |

| | | |
|---|---|---|
| | | <br><br>**Multiple Garage Guidance**<br>For busy areas where multiple destinations are close together, our mobile app shows and leads drivers to the garage entry closest to their destination.<br>Easy to use and accommodates all hand-held devices, making our app the right choice for everyone.<br>*< [https://parkingguidancesystems.com/my-product/mobile-application/](https://parkingguidancesystems.com/my-product/mobile-application/)> 2026* |
| 35.4 | programming a microprocessor in the transponder to execute a configurable operation upon receiving a command from a | *Parking Guidance Systems performs the step of programming a microprocessor in the transponder ["user's smartphone"] to execute a configurable operation ["Displaying parking notifications, displaying nearby available parking locations, and enabling navigation"] upon receiving a command ["Push notification (Open spots nearby)"] from a control center ["ParkZen parking management platform"], the command being associated with a status of the entity ["vehicle's location, determined using the associated smartphone's GPS, relative to the pre-defined geographical region"] in relation to the geographical zone ["pre-defined geographical region (e.g., parking garage/parking lot"].* |

<table>
<tr>
<td></td>
<td>control center, the command being associated with a status of the entity in relation to the geographical zone</td>
<td>

*The ParkZen computing system wirelessly provides the digital parking map together with parking availability information to the ParkZen application executing on the smartphone ("transponder"). The digital map and associated parking location information are loaded into the smartphone memory for display and processing, enabling the application to present nearby parking availability corresponding to the user's current location.*




*<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026*




*<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:23>*

</td>
</tr>
</table>

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

<*[https://www.parkzenapp.com/faq](https://www.parkzenapp.com/faq)*> *2026*

***Status of the entity in relation to the geographical zone***



*<[https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US](https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US)> 2026*




*<[https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US](https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US)> 2026*

***Command***




*<[https://www.youtube.com/watch?v=F65KNGME8MY](https://www.youtube.com/watch?v=F65KNGME8MY), at 0:40>*

<table>
<tr>
<td></td>
<td></td>
<td>


<<em>https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf, page 1</em>>
</td>
</tr>
</table>

| | | |
|---|---|---|
| | |   *< [https://parkingguidancesystems.com/my-product/mobile-application/](https://parkingguidancesystems.com/my-product/mobile-application/)> 2026* |
| 26.4 | the command including instructions to the portable electronic device to cause said device to present an offer or a service | *Parking Guidance Systems performs the step of the command ["push notification (e.g., 'Open spots nearby')"] including instructions to the portable electronic wireless device to cause said device to present an offer or a service ["parking guidance service"] to the user of the portable electronic wireless device ["smartphone executing the ParkZen application"] when the portable electronic wireless device is located in the area.*<br><br>*The ParkZen parking management platform continuously evaluates parking availability within pre-defined geographical regions using parking information aggregated from multiple drivers. When the user's smartphone is determined to be located within a* |

| | | |
|---|---|---|
| | to the user of the portable electronic wireless device when the portable device is located in the area. | *geographical region in which a recently available parking space has been identified, the ParkZen parking management platform generates and wirelessly transmits a push notification (e.g., "Open spots nearby") to the user's smartphone executing the ParkZen application.*<br><br>*Upon receiving the push notification, the ParkZen application displays the parking guidance service, presenting nearby available parking locations on the digital map, and enables navigation to the available parking space. The transmitted push notification therefore includes instructions that cause the smartphone to present the parking guidance service to the user when the smartphone is located within the applicable geographical region.*<br><br><br><br><*https://www.youtube.com/watch?v=F65KNGME8MY, at 0:23*> |

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

*<https://www.parkzenapp.com/faq> 2026*




*<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026*

| | | |
|---|---|---|
| | | <br><*[https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US](https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US)*> *2026*<br><br>***Command***<br><br><*[https://www.youtube.com/watch?v=F65KNGME8MY](https://www.youtube.com/watch?v=F65KNGME8MY), at 0:40*> |

| | | |
|---|---|---|
| | |  <br>*<[https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf](https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf), page 1>* |

Claims

27. A method of providing a location-based service by wirelessly communicating with a user having a portable electronic wireless device, comprising

programming a computing device at a control center to define a geographical zone by creating an area as a pixilated image,

communicating with a portable electronic wireless device to transmit data to the portable electronic wireless device, such data being associated with the geographical zone, and

sending a command from the control center to the portable electronic wireless device to execute a configurable operation, the command being associated with the location of the portable electronic device in relation to the geographical zone, and the command including instructions to the portable electronic device to cause said device to present an offer or a service to the user of the portable electronic wireless device when the portable device is located in the geographical zone.

| Row | Claim Element | Contention |
|---|---|---|
| 27.0 | A method of providing a location-based service by wirelessly communicating with a user having a portable electronic wireless device comprising | *Parking Guidance Systems performs a method of providing a location-based service ["parking availability information"] by wirelessly communicating with a user having a portable electronic wireless device [“smartphone executing the ParkZen application"].*<br><br>*Parking Guidance Systems provides the ParkZen mobile application, which is installed on a user's smartphone associated with a user operating a vehicle. The smartphone executing the ParkZen application ("portable electronic wireless device") wirelessly exchanges parking-related information with the ParkZen server/API to provide location-specific parking services at various locations, including colleges, shopping malls, large retailers, mobility/transportation providers, sports venues, and other participating facilities.*<br><br>*Upon installation, the ParkZen application requests the smartphone's Location Permission, enabling the application to continuously determine the smartphone's GPS location. While the user is driving, the ParkZen application continuously monitors the smartphone's Bluetooth connection with the user's vehicle together with the smartphone's motion and activity data to detect parking events, such as when the user parks or vacates a parking space. Upon detecting a parking event, the smartphone wirelessly communicates parking availability information to the ParkZen server/API, where parking information received from multiple drivers is aggregated to determine parking availability within the applicable geographical region.*<br><br>*As the smartphone is located within the applicable geographical region, the ParkZen server/API evaluates parking availability corresponding to the smartphone's current location and wirelessly communicates location-specific parking information to the ParkZen application. When a recently available parking space is identified nearby, the ParkZen server/API wirelessly transmits a push notification (e.g., "Open spots nearby") to the smartphone, enabling the ParkZen application to display nearby available parking locations on the digital map and provide navigation to the available parking space.*<br><br>*Specification (’531 Patent, col. 6:18–27), “A transponder can be mounted, attached, manufactured, or otherwise included upon/in various articles or entities. Such articles or entities may include vehicles, aircraft, cargo, persons, animals, or any other item where tracking its movement and/or location is beneficial. Within the context of the tracking system, the transponder works to collect, process, and communicate information about the article or entity to which the transponder is attached. Furthermore, when requested, the transponder can issue various commands and instructions to the local article or entity.”*<br><br><br> |

<*https://parkingguidancesystems.com/*> *2026*

Parking Guidance Systems, LLC (PGS), the U.S. leader in custom parking technologies, has announced a strategic merger with INDECT Electronics & Distribution GmbH (INDECT) and ParkZen. As the lead company in the merger, PGS is expanding beyond its U.S. base to deliver comprehensive parking solutions internationally. The combined business brings together INDECT's world-class hardware, ParkZen's agile software, and PGS's proven execution in large-scale deployments, establishing the industry's most complete parking technology company.

<*https://parkingguidancesystems.com/parking-guidance-systems-indect-parkzen-merger/*> *2026*

The portfolio of PGS solutions is also elevated by its recent acquisition of ParkZen, a parking intelligence software development company based in Baton Rouge, Louisiana. ParkZen's pioneering smartphone app leverages crowdsourcing and proprietary algorithms to deliver real-time data and parking software intelligence that empowers parking operators to make better decisions for their operations and to provide parkers with real-time availability — with or without hardware. The platform also streamlines payment processing and offers advanced permission management tools for owners and permit holders, creating a frictionless and powerful offering. Prior to the acquisition, PGS had partnered with ParkZen on a number of projects in the United States, including user wayfinding apps as well as lot management software.

<*https://parkingguidancesystems.com/parking-guidance-systems-indect-parkzen-merger/*> *2026*




<*https://parkingguidancesystems.com/*> *2026*




<*https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US*> *2026*

By tapping into the power of your user-base you can help your customers or employees find parking more efficiently, save time and offer a better overall user-experience while increasing your user engagement. Furthermore, your business will be provided with smart/AI parking analytics that can help you optimize your daily operations and prepare for future events by gaining profit-enhancing insights on your parking dynamics without the need to install expensive hardware.

Examples of entities with existing smartphone apps that can benefit from our parking intelligence include colleges, shopping malls, large retailers, mobility/transportation providers, sports venues and more!

<*https://www.parkzenapp.com/features*> *2026*

ParkZen has joined Parking Guidance Systems (PGS), uniting advanced mobile parking intelligence with leading hardware and software innovations. Read the full announcement on the PGS site.

# Hardware-Free Parking Intelligence

**We are on a mission to offer the most innovative parking solution**

Help your community locate available parking in real-time and optimize your daily parking operations without the need to install and maintain any hardware.

Tap into the power of your existing organization's smartphone app user-base with a simple ParkZen API integration or by promoting the standalone ParkZen iOS and Android apps to your community and gain access to our proprietary smart crowdsourcing technology for parking guidance.

Real-time parking availability is provided for all parking lots and garages located within your premises and can work as a supplement to any of your existing systems.

Start with a completely free trial period and continue with minimal usage costs onward.

With ParkZen, you can transform day-to-day parking into a community engagement tool and get direct feedback from your user-base.

*<https://www.parkzenapp.com/> 2026*




*<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026*




<*https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US*> *2026*




<*https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US*> *2026*

| | | |
|---|---|---|
| | | <br><br>**Multiple Garage Guidance**<br>For busy areas where multiple destinations are close together, our mobile app shows and leads drivers to the garage entry closest to their destination.<br>Easy to use and accommodates all hand-held devices, making our app the right choice for everyone.<br>< *https://parkingguidancesystems.com/my-product/mobile-application/*> *2026* |

| | | |
|---|---|---|
| | | <br><https://www.youtube.com/watch?v=F65KNGME8MY, *at 0:07*><br><br><https://www.youtube.com/watch?v=F65KNGME8MY, *at 0:14*> |

| | | |
|---|---|---|
| | | <br><br><*[https://www.youtube.com/watch?v=F65KNGME8MY](https://www.youtube.com/watch?v=F65KNGME8MY), at 0:18*><br><br><br><*[https://www.youtube.com/watch?v=F65KNGME8MY](https://www.youtube.com/watch?v=F65KNGME8MY), at 0:23*><br><br>***portable electronic wireless device*** |

| | | |
|---|---|---|
| | | ## How accurate are the parking spots found by the ParkZen API?<br><br>ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.<br><br>## Does running the ParkZen API drain the phone battery?<br><br>ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!<br><br>*<https://www.parkzenapp.com/faq> 2026*<br><br>## How accurate are the parking lot occupancies reported by ParkZen?<br><br>ParkZen uses statistical methods and machine learning to calculate parking lot occupancies based on the number of ParkZen users that historically park in a serviced parking facility. As such, the higher the number of users parked, the more accurate the occupancy estimates. Our testing has shown that parking lot occupancies can be estimated within a 4-8% accuracy for lots where about a third of the parking spots are utilized by our users, which is great considering that we offer this information for all lots and garages within our clients premises where the installation of hardware-based systems would be too expensive and impractical.<br><br>*<https://www.parkzenapp.com/faq> 2026>*<br><br>***location-based service by wirelessly communicating*** |

<table>
<tr><td></td><td></td><td>


<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:40>


<https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf, page 1>
</td></tr>
<tr><td>27.1</td><td>programming a computing device at a control center to define a geographical zone by creating an area on a pixilated image,</td><td>
Parking Guidance Systems performs the step of programming a computing device ["ParkZen server/API"] at a control center ["ParkZen parking management platform"] to define a geographical zone ["pre-defined geographical region"] by creating an area on a pixilated image ["digital map displayed in the ParkZen application"].
The ParkZen parking management platform ("control center") operates the ParkZen server/API ("computing device") to continuously receive and process parking information collected from smartphones of multiple users. Based on the received location information, the ParkZen server/API determines parking availability within pre-defined geographical regions corresponding to participating parking facilities, including parking garages, parking lots, college campuses, shopping malls, sports venues, and other participating locations.
The ParkZen server/API identifies the applicable geographical region corresponding to the user's current location and wirelessly provides the associated parking location information to the ParkZen application. Using the received parking location information, the ParkZen application displays the applicable parking region on a digital map ("pixilated image"), wherein the displayed area corresponds to the real-world geographical region in which
</td></tr>
</table>

*parking availability is determined.*

*Specification ('531 Patent, col. 7:56–64)," Configurable boundaries or geographical zones can also be used and are configurable to any shape the user desires. For example, the boundary or zone can trace the border of a state line or trace the route of a selected highway or path. The boundary or zone can trace the border of the premises of a school zone, a no-fly zone, a city, etc. The boundary or zone can also be a geometric shape or non-geometric shape. A further benefit of the present disclosure is that the transponder can be updated and configured locally or over-the-air."*

*Specification ('531 Patent, col. 14: 61– col. 15: 5)," Next, the transponder105 assigns each coordinate to a pixel in a pixilated image that is loaded in the transponder 105. In order to perform the assignment, the transponder 105 utilizes logic to define a "bounding" square or box around the plurality of coordinates. Then the bounding box is pixilated and the pixels where the coordinates falls are marked as activated. Once the pixels for each coordinate are assigned, lines are extended from one pixel to the next so as to form an enclosed area in the pixilated image. The pixels the lie in the path of the lines between the activated pixels are also activated. Thus an enclosed and contiguous line of pixels is formed."*




<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> *2026*




<https://www.youtube.com/watch?v=F65KNGME8MY, *at 0:23*>

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

*<https://www.parkzenapp.com/faq> 2026*

***pixilated image***



| | | |
|---|---|---|
| | | <*https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US*> *2026*<br><br><br><*https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US*> *2026*<br><br><br><*https://www.youtube.com/watch?v=F65KNGME8MY*, *at 0:40*> |

| | | |
|---|---|---|
| | |   <*https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf, page 1*> |

| | | |
|---|---|---|
| | | <br>< *[https://parkingguidancesystems.com/my-product/mobile-application/](https://parkingguidancesystems.com/my-product/mobile-application/)*> *2026* |
| 27.2 | communicating with a portable electronic wireless device to transmit data to the portable electronic | *Parking Guidance Systems performs the step of communicating with a portable electronic wireless device ["smartphone executing the ParkZen application"] to transmit data ["parking location information corresponding to available parking locations"] to the portable electronic wireless device, such data being associated with the geographical zone ["pre-defined geographical region"].*<br><br>*The ParkZen parking management platform continuously determines parking availability within pre-defined geographical regions using parking information aggregated from multiple users. Based on the smartphone's current GPS location, the ParkZen server/API identifies the applicable geographical region and wirelessly communicates parking location information* |

| | | |
|---|---|---|
| | wireless device, such data being associated with the geographical zone, and | *corresponding to that geographical region to the user's smartphone executing the ParkZen application.*<br><br>*To identify nearby parking availabilities and generate location-specific parking notifications, the ParkZen application receives parking location information associated with the applicable geographical region from the ParkZen server/API and stores the received information in the smartphone memory for subsequent processing and display. The transmitted parking location information includes available parking locations corresponding to the identified parking garage, parking lot, college campus, shopping mall, sports venue, or other participating facility.*<br><br>***portable electronic wireless device to transmit data to the portable electronic wireless device***<br><br><https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> *2026* |




*<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026*

***geographical zone***




*<https://www.youtube.com/watch?v=F65KNGME8MY, at 0:40>*

| | | |
|---|---|---|
| | |   <[https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf](https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf), *page 1*> |

| | | |
|---|---|---|
| | | <br><br>**Multiple Garage Guidance**<br>For busy areas where multiple destinations are close together, our mobile app shows and leads drivers to the garage entry closest to their destination.<br>Easy to use and accommodates all hand-held devices, making our app the right choice for everyone.<br>*< [https://parkingguidancesystems.com/my-product/mobile-application/](https://parkingguidancesystems.com/my-product/mobile-application/)> 2026* |
| 27.3 | sending a command from the control center to the portable electronic device to | *Parking Guidance Systems performs the step of sending a command from the control center ["ParkZen parking management platform"] to the portable electronic wireless device ["smartphone executing the ParkZen application"] to execute a configurable operation ["displaying the parking notification, displaying nearby available parking locations on the digital map, and enabling navigation to the available parking space"], the command ["push notification (e.g., 'Open spots nearby')"] being associated with the location of the portable electronic wireless device in relation to the geographical zone ["pre-defined geographical region"].* |

<table>
<tr>
<td></td>
<td>execute a configurable operation, the command being associated with the location of the portable electronic device in relation to the geographical zone, and</td>
<td>

*The ParkZen parking management platform ("control center") continuously monitors and evaluates parking availability within pre-defined geographical regions using parking information aggregated from multiple drivers. Based on this evaluation, the ParkZen parking management platform determines when the user's smartphone is located within a geographical region in which a recently available parking space has been identified.*

*The ParkZen parking management platform wirelessly transmits a push notification (e.g., "Open spots nearby") through the ParkZen server/API to the user's smartphone executing the ParkZen application. Upon receiving the push notification, the ParkZen application executes configurable operations including displaying the parking notification, displaying nearby available parking locations on the digital map, and enabling navigation to the available parking space. The transmitted command is generated based on the smartphone's current GPS location relative to the applicable pre-defined geographical region, thereby sending a command from the control center to the portable electronic wireless device to execute a configurable operation, wherein the command is associated with the location of the portable electronic wireless device in relation to the geographical zone.*




<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> *2026*




<https://www.youtube.com/watch?v=F65KNGME8MY, *at 0:23*>

</td>
</tr>
</table>

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

<*https://www.parkzenapp.com/faq*> *2026*

***location of the portable electronic device in relation to the geographical zone***



<table>
<tr>
<td></td>
<td></td>
<td>

<*https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US*> *2026*




<*https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US*> *2026*

***Command***




<*https://www.youtube.com/watch?v=F65KNGME8MY*, *at 0:40*>

</td>
</tr>
</table>

| | | |
|---|---|---|
| | | <br><br>*<[https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf](https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf), page 1>* |

| | | |
|---|---|---|
| | | <br>< *https://parkingguidancesystems.com/my-product/mobile-application/*> *2026* |
| 27.4 | the command including instructions to the portable electronic device to cause said device to present an | *Parking Guidance Systems performs the step of the command ["push notification (e.g., 'Open spots nearby')"] including instructions to the portable electronic wireless device to cause said device to present an offer or a service ["parking guidance service"] to the user of the portable electronic wireless device ["smartphone executing the ParkZen application"] when the portable electronic wireless device is located in the area.*<br><br>*The ParkZen parking management platform continuously evaluates parking availability within pre-defined geographical regions using parking information aggregated from multiple drivers. When the user's smartphone is determined to be located within a geographical region* |

| | | |
|---|---|---|
| | offer or a service to the user of the portable electronic wireless device when the portable device is located in the area. | *in which a recently available parking space has been identified, the ParkZen parking management platform generates and wirelessly transmits a push notification (e.g., "Open spots nearby") to the user's smartphone executing the ParkZen application.*<br><br>*Upon receiving the push notification, the ParkZen application displays the parking guidance service, presenting nearby available parking locations on the digital map, and enables navigation to the available parking space. The transmitted push notification therefore includes instructions that cause the smartphone to present the parking guidance service to the user when the smartphone is located within the applicable geographical region.*<br><br><br>*<[https://www.youtube.com/watch?v=F65KNGME8MY](https://www.youtube.com/watch?v=F65KNGME8MY), at 0:23>* |

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

<*https://www.parkzenapp.com/faq*> *2026*




<*https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US*> *2026*




<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> *2026*

***Command***




<https://www.youtube.com/watch?v=F65KNGME8MY, *at 0:40*>

<table>
<tr>
<td></td>
<td></td>
<td>


<https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf, page 1>
</td>
</tr>
</table>

Claims

28. A method of providing a location-based service by wirelessly communicating with a user having a portable electronic wireless device comprising

receiving wirelessly from a control center on a portable electronic wireless device data defining a geographical zone on a portable device,

communicating data wirelessly to the portable electronic wireless device, such data being associated with the geographical zone, and

receiving a command on the portable electronic wireless device to execute a configurable operation, the command being associated with the location of the portable electronic device in relation to the geographical zone, and the command including instructions to the portable electronic device to cause said device to present an offer or a service on the portable electronic wireless device when the portable device is located in the geographical zone.

| Row | Claim Element | Contention |
|---|---|---|
| 28.0 | A method of providing a location-based service by wirelessly communicating with a user having a portable electronic wireless device comprising | *Parking Guidance Systems performs a method of providing a location-based service ["parking availability information"] by wirelessly communicating with a user having a portable electronic wireless device [“smartphone executing the ParkZen application"].*<br><br>*Parking Guidance Systems provides the ParkZen mobile application, which is installed on a user's smartphone associated with a user operating a vehicle. The smartphone executing the ParkZen application ("portable electronic wireless device") wirelessly exchanges parking-related information with the ParkZen server/API to provide location-specific parking services at various locations, including colleges, shopping malls, large retailers, mobility/transportation providers, sports venues, and other participating facilities.*<br><br>*Upon installation, the ParkZen application requests the smartphone's Location Permission, enabling the application to continuously determine the smartphone's GPS location. While the user is driving, the ParkZen application continuously monitors the smartphone's Bluetooth connection with the user's vehicle together with the smartphone's motion and activity data to detect parking events, such as when the user parks or vacates a parking space. Upon detecting a parking event, the smartphone wirelessly communicates parking availability information to the ParkZen server/API, where parking information received from multiple drivers is aggregated to determine parking availability within the applicable geographical region.*<br><br>*As the smartphone is located within the applicable geographical region, the ParkZen server/API evaluates parking availability corresponding to the smartphone's current location and wirelessly communicates location-specific parking information to the ParkZen application. When a recently available parking space is identified nearby, the ParkZen server/API wirelessly transmits a push notification (e.g., "Open spots nearby") to the smartphone, enabling the ParkZen application to display nearby available parking locations on the digital map and provide navigation to the available parking space.*<br><br>*Specification (’531 Patent, col. 6:18–27), “A transponder can be mounted, attached, manufactured, or otherwise included upon/in various articles or entities. Such articles or entities may include vehicles, aircraft, cargo, persons, animals, or any other item where tracking its movement and/or location is beneficial. Within the context of the tracking system, the transponder works to collect, process, and communicate information about the article or entity to which the transponder is attached. Furthermore, when requested, the transponder can issue various commands and instructions to the local article or entity.”*<br><br> |

<*https://parkingguidancesystems.com/*> *2026*

Parking Guidance Systems, LLC (PGS), the U.S. leader in custom parking technologies, has announced a strategic merger with INDECT Electronics & Distribution GmbH (INDECT) and ParkZen. As the lead company in the merger, PGS is expanding beyond its U.S. base to deliver comprehensive parking solutions internationally. The combined business brings together INDECT's world-class hardware, ParkZen's agile software, and PGS's proven execution in large-scale deployments, establishing the industry's most complete parking technology company.

<*https://parkingguidancesystems.com/parking-guidance-systems-indect-parkzen-merger/*> *2026*

The portfolio of PGS solutions is also elevated by its recent acquisition of ParkZen, a parking intelligence software development company based in Baton Rouge, Louisiana. ParkZen's pioneering smartphone app leverages crowdsourcing and proprietary algorithms to deliver real-time data and parking software intelligence that empowers parking operators to make better decisions for their operations and to provide parkers with real-time availability — with or without hardware. The platform also streamlines payment processing and offers advanced permission management tools for owners and permit holders, creating a frictionless and powerful offering. Prior to the acquisition, PGS had partnered with ParkZen on a number of projects in the United States, including user wayfinding apps as well as lot management software.

<*https://parkingguidancesystems.com/parking-guidance-systems-indect-parkzen-merger/*> *2026*

PGS works with developers to create apps that integrate specifically with each client's parking system to offer features that put the power of easy parking in customers' hands.

- App is compatible with iPhone and Android technology
- Remote kiosks near parking entrance make app functions available to customers without smartphones
- Notify customers of available parking before they arrive

<*https://parkingguidancesystems.com/*> *2026*

**ParkZen: Find, Park, Go!**

ParkZen

3.4★

1K+
Downloads

Install
Share

This app is available for your device

<*https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US*> *2026*

By tapping into the power of your user-base you can help your customers or employees find parking more efficiently, save time and offer a better overall user-experience while increasing your user engagement. Furthermore, your business will be provided with smart/AI parking analytics that can help you optimize your daily operations and prepare for future events by gaining profit-enhancing insights on your parking dynamics without the need to install expensive hardware.

Examples of entities with existing smartphone apps that can benefit from our parking intelligence include colleges, shopping malls, large retailers, mobility/transportation providers, sports venues and more!

<*https://www.parkzenapp.com/features*> *2026*

| | | |
|---|---|---|
| | | ParkZen has joined Parking Guidance Systems (PGS), uniting advanced mobile parking intelligence with leading hardware and software innovations. Read the full announcement on the PGS site.<br>**Hardware-Free Parking Intelligence**<br>**We are on a mission to offer the most innovative parking solution**<br>Help your community locate available parking in real-time and optimize your daily parking operations without the need to install and maintain any hardware.<br>Tap into the power of your existing organization's smartphone app user-base with a simple ParkZen API integration or by promoting the standalone ParkZen iOS and Android apps to your community and gain access to our proprietary smart crowdsourcing technology for parking guidance.<br>Real-time parking availability is provided for all parking lots and garages located within your premises and can work as a supplement to any of your existing systems.<br>Start with a completely free trial period and continue with minimal usage costs onward.<br>With ParkZen, you can transform day-to-day parking into a community engagement tool and get direct feedback from your user-base.<br><*https://www.parkzenapp.com/*> *2026*<br><br><*https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US*> *2026* |

| | | |
|---|---|---|
| | | <br><*https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US*> *2026*<br><br><*https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US*> *2026* |




# Multiple Garage Guidance

For busy areas where multiple destinations are close together, our mobile app shows and leads drivers to the garage entry closest to their destination.

Easy to use and accommodates all hand-held devices, making our app the right choice for everyone.

*< https://parkingguidancesystems.com/my-product/mobile-application/> 2026*

| | | |
|---|---|---|
| | | <br><*https://www.youtube.com/watch?v=F65KNGME8MY, at 0:07*><br><br><*https://www.youtube.com/watch?v=F65KNGME8MY, at 0:14*> |




<*[https://www.youtube.com/watch?v=F65KNGME8MY](https://www.youtube.com/watch?v=F65KNGME8MY), at 0:18*>




<*[https://www.youtube.com/watch?v=F65KNGME8MY](https://www.youtube.com/watch?v=F65KNGME8MY), at 0:23*>

***portable electronic wireless device***

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

<*https://www.parkzenapp.com/faq*> *2026*

## How accurate are the parking lot occupancies reported by ParkZen?

ParkZen uses statistical methods and machine learning to calculate parking lot occupancies based on the number of ParkZen users that historically park in a serviced parking facility. As such, the higher the number of users parked, the more accurate the occupancy estimates. Our testing has shown that parking lot occupancies can be estimated within a 4-8% accuracy for lots where about a third of the parking spots are utilized by our users, which is great considering that we offer this information for all lots and garages within our clients premises where the installation of hardware-based systems would be too expensive and impractical.

<*https://www.parkzenapp.com/faq*> *2026*>

***location-based service by wirelessly communicating***

| | | |
|---|---|---|
| | | <br><br><*https://www.youtube.com/watch?v=F65KNGME8MY*, at 0:40><br><br><br><*https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf*, page 1> |
| 28.1 | receiving wirelessly from a control center on a portable electronic wireless device data defining a geographical zone on a portable device, | *Parking Guidance Systems performs the step of receiving wirelessly from a control center ["ParkZen parking management platform"] on a portable electronic wireless device ["smartphone executing the ParkZen application"] data ["parking location information corresponding to available parking locations"] defining a geographical zone ["pre-defined geographical region"] on a portable device.*<br><br>*The ParkZen parking management platform ("control center") continuously determines parking availability within pre-defined geographical regions using parking information aggregated from multiple users. Based on the smartphone's current GPS location, the ParkZen server/API identifies the applicable geographical region and wirelessly transmits parking location information corresponding to that geographical region to the user's smartphone executing the ParkZen application.*<br><br>*Upon receiving the transmitted parking location information, the ParkZen application stores the received information and displays the corresponding parking area on the digital map. The received parking information identifies the applicable pre-defined geographical region, including parking garages, parking lots, college campuses, shopping malls, sports venues,* |

*and other participating facilities, thereby defining the geographical zone on the portable electronic wireless device.*

*Specification ('531 Patent, col. 7:56–64)," Configurable boundaries or geographical zones can also be used and are configurable to any shape the user desires. For example, the boundary or zone can trace the border of a state line or trace the route of a selected highway or path. The boundary or zone can trace the border of the premises of a school zone, a no-fly zone, a city, etc. The boundary or zone can also be a geometric shape or non-geometric shape. A further benefit of the present disclosure is that the transponder can be updated and configured locally or over-the-air."*

*Specification ('531 Patent, col. 14: 61– col. 15: 5)," Next, the transponder105 assigns each coordinate to a pixel in a pixilated image that is loaded in the transponder 105. In order to perform the assignment, the transponder 105 utilizes logic to define a "bounding" square or box around the plurality of coordinates. Then the bounding box is pixilated and the pixels where the coordinates falls are marked as activated. Once the pixels for each coordinate are assigned, lines are extended from one pixel to the next so as to form an enclosed area in the pixilated image. The pixels the lie in the path of the lines between the activated pixels are also activated. Thus an enclosed and contiguous line of pixels is formed."*




<*https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US*> *2026*




<*https://www.youtube.com/watch?v=F65KNGME8MY, at 0:23*>

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

<*https://www.parkzenapp.com/faq*> *2026*




<*https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US*> *2026*

| | | |
|---|---|---|
| | |   <*https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US*> *2026*   <*https://www.youtube.com/watch?v=F65KNGME8MY, at 0:40*> |

<table>
<tr>
<td></td>
<td></td>
<td>


<<u>https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf</u>, page 1>
</td>
</tr>
</table>

| | | |
|---|---|---|
| | | <br><br>**Multiple Garage Guidance**<br>For busy areas where multiple destinations are close together, our mobile app shows and leads drivers to the garage entry closest to their destination.<br>Easy to use and accommodates all hand-held devices, making our app the right choice for everyone.<br>*< https://parkingguidancesystems.com/my-product/mobile-application/ > 2026* |
| 28.2 | communicating data wirelessly to the portable electronic wireless device, such data being associated with | *Parking Guidance Systems performs the step of communicating data ["parking location information corresponding to available parking locations"] wirelessly to the portable electronic wireless device ["smartphone executing the ParkZen application"], such data being associated with the geographical zone ["pre-defined geographical region"].*<br><br>*The ParkZen parking management platform continuously determines parking availability within pre-defined geographical regions using parking information aggregated from multiple users. Based on the smartphone's current GPS location, the ParkZen server/API identifies the applicable geographical region and wirelessly communicates parking location information corresponding to that geographical region to the user's smartphone executing the ParkZen* |

| | | |
|---|---|---|
| | the geographical zone, and | *application.*<br><br>*To identify nearby parking availabilities and generate location-specific parking notifications, the ParkZen application receives parking location information associated with the applicable geographical region from the ParkZen server/API and stores the received information in the smartphone memory for subsequent processing and display. The transmitted parking location information includes available parking locations corresponding to the identified parking garage, parking lot, college campus, shopping mall, sports venue, or other participating facility.*<br><br>***portable electronic wireless device to transmit data to the portable electronic wireless device***<br><br><*https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US*> *2026* |




<*https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US*> *2026*

***geographical zone***




<*https://www.youtube.com/watch?v=F65KNGME8MY*, *at 0:40*>

| | | |
|---|---|---|
| | | <br><https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf, *page 1*> |

| | | |
|---|---|---|
| | | <br>**Multiple Garage Guidance**<br>For busy areas where multiple destinations are close together, our mobile app shows and leads drivers to the garage entry closest to their destination.<br>Easy to use and accommodates all hand-held devices, making our app the right choice for everyone.<br>< *https://parkingguidancesystems.com/my-product/mobile-application/*> *2026* |
| 28.3 | receiving a command on the portable electronic wireless device to execute a configurable operation, the | *Parking Guidance Systems performs the step of receiving a command on the portable electronic wireless device ["smartphone executing the ParkZen application"] to execute a configurable operation ["displaying the parking notification, displaying nearby available parking locations on the digital map, and enabling navigation to the available parking space"], the command ["push notification (e.g., 'Open spots nearby')"] being associated with the location of the portable electronic wireless device in relation to the geographical zone ["pre-defined geographical region"].*<br><br>*The ParkZen parking management platform ("control center") continuously monitors and evaluates parking availability within pre-defined geographical regions using parking* |

| | | |
|---|---|---|
| | command being associated with the location of the portable electronic device in relation to the geographical zone, and | *information aggregated from multiple drivers. Based on this evaluation, the ParkZen parking management platform determines when the user's smartphone is located within a geographical region in which a recently available parking space has been identified.*<br><br>*The ParkZen parking management platform wirelessly transmits a push notification (e.g., "Open spots nearby") through the ParkZen server/API to the user's smartphone executing the ParkZen application. Upon receiving the push notification, the ParkZen application executes configurable operations including displaying the parking notification, displaying nearby available parking locations on the digital map, and enabling navigation to the available parking space. The transmitted command is generated based on the smartphone's current GPS location relative to the applicable pre-defined geographical region, thereby sending a command from the control center to the portable electronic wireless device to execute a configurable operation, wherein the command is associated with the location of the portable electronic wireless device in relation to the geographical zone.*<br><br><br><https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> *2026*<br><br><https://www.youtube.com/watch?v=F65KNGME8MY, *at 0:23*> |

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

*<https://www.parkzenapp.com/faq> 2026*

***location of the portable electronic device in relation to the geographical zone***



<*https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US*> *2026*




<*https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US*> *2026*

***Command***




<*https://www.youtube.com/watch?v=F65KNGME8MY*, *at 0:40*>

| | | |
|---|---|---|
| | | <br><[https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf](https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf), *page 1*> |

| | | |
|---|---|---|
| | | <br><br>**Multiple Garage Guidance**<br>For busy areas where multiple destinations are close together, our mobile app shows and leads drivers to the garage entry closest to their destination.<br>Easy to use and accommodates all hand-held devices, making our app the right choice for everyone.<br>*< [https://parkingguidancesystems.com/my-product/mobile-application/](https://parkingguidancesystems.com/my-product/mobile-application/)> 2026* |
| 28.4 | the command including instructions to the portable electronic device to cause said device to present an offer | *Parking Guidance Systems performs the step of the command ["push notification (e.g., 'Open spots nearby')"] including instructions to the portable electronic wireless device to cause said device to present an offer or a service ["parking guidance service"] on the portable electronic wireless device ["smartphone executing the ParkZen application"] when the portable electronic wireless device is located in the geographical zone.*<br><br>*The ParkZen parking management platform continuously evaluates parking availability within pre-defined geographical regions using parking information aggregated from multiple drivers. When the user's smartphone is determined to be located within a geographical* |

| | | |
|---|---|---|
| | or a service on the portable electronic wireless device when the portable device is located in the geographical zone. | *region in which a recently available parking space has been identified, the ParkZen parking management platform generates and wirelessly transmits a push notification (e.g., "Open spots nearby") to the user's smartphone executing the ParkZen application.*<br><br>*Upon receiving the push notification, the ParkZen application displays the parking guidance service, presenting nearby available parking locations on the digital map, and enables navigation to the available parking space. The transmitted push notification therefore includes instructions that cause the smartphone to present the parking guidance service to the user when the smartphone is located within the applicable geographical region.*<br><br><br><https://www.youtube.com/watch?v=F65KNGME8MY, *at 0:23*> |

## How accurate are the parking spots found by the ParkZen API?

ParkZen determines parking in two different ways: (a) by monitoring a user's smartphone connection to their car's bluetooth, and (b) by processing the user's smartphone motion & activity data to determine when they are leaving a parking spot or once they have parked. Parking availability is calculated within pre-determined geographical regions that can be adjusted for the specific needs of our partners and determined based on where there is higher demand for parking within a certain city. Our beta testing shows an impressive 96% success rate in determining available parking spots in real-time and within 15-30 feet (5-10 meter) accuracy.

## Does running the ParkZen API drain the phone battery?

ParkZen takes pride in having created the most energy-efficient smartphone background parking detection technology. We achieve this by only requesting high location accuracy data for a limited amount of time, starting from when a user enters a pre-determined parking area (defined as a geofence) and stopping when the user is found to have parked, typically within 1-5 minutes. We then activate our software in the background only when a user is found to leave a parking activity area showing their spot as available on a map in real-time. Our beta testing has shown that the average battery usage on an iPhone 12 over a period of 10 days is less than 1%!

*<https://www.parkzenapp.com/faq> 2026*




*<https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US> 2026*

| | | |
|---|---|---|
| | | <br><br><[https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US](https://play.google.com/store/apps/details?id=com.parkzen&hl=en_US&gl=US)> *2026*<br><br>***Command***<br><br><br><[https://www.youtube.com/watch?v=F65KNGME8MY](https://www.youtube.com/watch?v=F65KNGME8MY), *at 0:40*> |

| | | |
|---|---|---|
| | | <br><*https://1dfc46df-67c5-459e-9dd2-6ac7124655e2.filesusr.com/ugd/acf855_892fb0129b214cad9c3c68f69c4cd2ba.pdf, page 1*> |
| | | • ***PRODUCT/SERVICE = "ParkZen (Parking Guidance Systems) mobile application"*** |
| | | • ***transponder = User's smartphone executing the ParkZen application***<br>• ***entity = Vehicle associated with the user's smartphone***<br>• ***computing device = ParkZen server/API (providing parking location information to the smartphone)***<br>• ***coordinate = Parking location coordinates corresponding to available parking spaces displayed on the digital map***<br>• ***geographical zone = Pre-defined geographical region (e.g., parking garage, parking lot, college campus, shopping mall, sports venue, etc.)***<br>• ***pixilated image = Digital map displayed in the ParkZen application***<br>• ***command = Push notification (e.g., "Open spots nearby")***<br>• ***configurable operation = Displaying the parking notification, displaying nearby available parking locations on the digital map, and enabling navigation to the available parking space***<br>• ***control center = ParkZen parking management platform*** |